CERTIFICATE OF SERVICE

I hereby certify that on October 3 2006, I electronically filed the foregoing Motion to Disqualify with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Floyd E. Ivey,

MERKLE, SIEGEL, & FRIEDRICHSEN, P.C.

DATE: October 3, 2006

BY: /s/ ROBERT J. SIEGEL
ROBERT J. SIEGEL
WASHINGTON BAR NO. 17312
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WA 98101
TELEPHONE: 206.624.9392
FAX: 206.624.0717
BOB@MSFSEATTLE.COM

-14
MOTION TO DISQUALIFY DEFENDANTS' COUNSEL

MERKLE SIEGEL & FRIEDRICHSEN
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-624-9392
Fax: 206-624-0717