UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | |
|---|---|
| OMNI INNOVATIONS, LLC, a Washington Limited Liability company; EMILY ABBEY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>ASCENTIVE, LLC, a Delaware limited liability company; ADAM SCHRAN, individually and as part of his marital community; JOHN DOES, I-X,<br><br>Defendants, | NO. 06-01284<br><br>[PROPOSED]<br>**ORDER ON MOTION TO DISQUALIFY COUNSEL** |

THIS MATTER having come before the Court by motion of plaintiff Omni Innovations, LLC., through its attorneys of record Robert J. Siegel and Douglas McKinley, and the Court, having considered all moving and responsive pleadings, and having found that good cause exists, therefore

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion is granted, and Floyd E. Ivey is disqualified from representing Defendant Ascentive, LLC., and/or

-1
ORDER ON MOTION TO DISQUALIFY DEFENDANTS' COUNSEL

**MERKLE SIEGEL & FRIEDRICHSEN**
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-624-9392
Fax: 206-624-0717

Adam Schran, and/or any other party with interests adverse to Plaintiff's, without first fully disclosing the apparent conflict of interest, and obtaining a written waiver from Plaintiff.

**AND IT IS FURTHER ORDERED**, that Plaintiff is awarded $ 1,500 for its attorney fees, and $ _____ as sanctions for Mr. Ivey's intransigence and his failure to voluntarily remove himself from the case after having been given ample opportunity to do so.

DONE IN OPEN COURT this _____ day of October, 2006.

_____
The Hon. Judge Thomas Zilly

| MERKLE SIEGEL & FRIEDRICHSEN, P.C. | DOUGLAS E. MCKINLEY, JR |
|---|---|
| | Attorney at Law |
| /S/ Robert J. Siegel | /S/ Douglas E. McKinley, Jr. |
| Robert J. Siegel, WSBA #17312 | Douglas E. McKinley, Jr., WSBA #20806 |
| Attorney for Plaintiffs | Attorney for Plaintiffs |

-2
ORDER ON MOTION TO DISQUALIFY DEFENDANTS' COUNSEL

**MERKLE SIEGEL & FRIEDRICHSEN**
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-624-9392
Fax: 206-624-0717