**EXHIBIT 6**

**Akers, Doug E, 08:47 AM 4/4/2005 -0700, RE: FW: Battelle Contract for Review**

To: "Akers, Doug E" <doug.akers@pnl.gov>
From: Jim <Kamau@charter.net>
Subject: RE: FW: Battelle Contract for Review
Cc:
Bcc:
Attached:

Actually it is Doug McKinley v Floyd Ivey

At 07:48 AM 4/4/2005 -0700, you wrote:
By chance are you working with Dave Broussard?   Good Guy

Look forward to hear from one of them.

Take Care

Doug

>-----Original Message-----
>From: Jim [mailto:Kamau@charter.net]
>Sent: Saturday, April 02, 2005 8:30 AM
>To: Akers, Doug E
>Cc: Shoemaker, Steven V
>Subject: Re: FW: Battelle Contract for Review
>
>Doug:
>
>I have not had an opportunity to take this contract to an attorney yet - because the two attorneys that I typically use are facing one another - one for me and the other against (yes, it technical is a conflict of interest, but...). The attorney that is for me, does work for the Lab, which makes advising me a possible conflict of interest - so, I may go to a third attorney...
>
>I appreciate you diligence on the preparation of this document and will get legal advice as soon as possible.
>
>Best Regards,
>Jim
>
>At 07:29 AM 3/7/2005 -0800, you wrote:
>
>>Jim,
>>
>>Here it is.  Hopefully it will make it through this time.
>>
>>Doug
>>
>>-----Original Message-----
>>From: Akers, Doug E
>>Sent: Tuesday, February 22, 2005 12:07 PM
>>To:      'jim@gordonworks.com'
>>Cc:      Shoemaker, Steven V; Strycker, Forest E Jr
>>Subject:     Battelle Contract for Review
>>
>>Jim,

Akers, Doug E, 08:47 AM 4/4/2005 -0700, RE: FW: Battelle Contract for Review

I've attached a draft copy of our standard master contract for your review. If you need to make changes, please use the track changes option in Word. Looking forward to hearing from you.

Take Care

Doug Akers, C.P.M.
Associate Manager, Contracts
509-372-6722  Fax 509-372-6884


<<Master Agreement.doc>>