## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2006, I electronically filed the foregoing Declaration of James S. Gordon, Jr. in Support of Motion to Disqualify Counsel with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Floyd E. Ivey,

Adana Lloyd

MERKLE, SIEGEL, & FRIEDRICHSEN, P.C.

DATE: ~~SEPTEMBER~~ October 3, 2006

By: /s/ Adana Lloyd

ADANA LLOYD
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WA 98101
TELEPHONE: 206.624.9392
FAX: 206.624.0717

-5
DECLARATION OF JAMES S. GORDON, JR.
IN SUPPORT OF MOTION TO DISQUALIFY DEFENDANTS'
COUNSEL

**MERKLE SIEGEL & FRIEDRICHSEN**
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-624-9392
Fax: 206-624-0717