1

2                            CERTIFICATE OF SERVICE

3        I hereby certify that on October 3, 2006, I electronically filed the foregoing

    Declaration of Robert J. Siegel in Support of Motion to Disqualify Counsel with the
4
    Clerk of the Court using the CM/ECF system, which will send notification of such
5
    filing to the following:  Floyd E. Ivey,
6

7
                                        MERKLE, SIEGEL, & FRIEDRICHSEN, P.C.
8

9    DATE: October 3, 2006            BY: /s/ ROBERT J. SIEGEL
                                              ROBERT J. SIEGEL
10                                        WASHINGTON BAR NO. 17312
                                        1325 FOURTH AVENUE, SUITE 940
11                                             SEATTLE, WA 98101
                                        TELEPHONE: 206.624.9392
12                                              FAX: 206.624.0717
                                            BOB@MSFSEATTLE.COM
13

14

15

16

17

18

19

20

21

22

23

24

25   -3
     DECLARATION OF ROBERT J. SIEGEL              MERKLE SIEGEL & FRIEDRICHSEN
     IN SUPPORT OF MOTION TO DISQUALIFY DEFENDANTS'        1325 Fourth Ave., Suite 940
     COUNSEL                                              Seattle, WA 98101
                                                       Phone: 206-624-9392
                                                       Fax: 206-624-0717