UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | |
|---|---|
| OMNI INNOVATIONS, LLC, a Washington Limited Liability company; EMILY ABBEY, an individual,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>ASCENTIVE, LLC, a Delaware limited liability company; ADAM SCHRAN, individually and as part of his marital community; JOHN DOES, I-X,<br><br>　　　　　　　　Defendants, | NO. 06-01284<br><br>AMENDED NOTICE OF HEARING OF MOTION TO DISQUALIFY COUNSEL |

PLEASE TAKE NOTICE that the Plaintiff's Motion to Disqualify Counsel be heard on Friday, October 20, 2006, or as soon thereafter as the Court deems appropriate, without oral argument.

-1
Notice of Hearing

**MERKLE SIEGEL & FRIEDRICHSEN**
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-624-9392
Fax: 206-624-0717

RESPECTFULLY SUBMITTED, this 5th day of October, 2006.

MERKLE SIEGEL & FRIEDRICHSEN, P.C.

/s/ Robert J. Siegel
Robert J. Siegel, WSBA #17312
Attorneys for Plaintiffs

-2
Notice of Hearing

**MERKLE SIEGEL & FRIEDRICHSEN**
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-624-9392
Fax: 206-624-0717