## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2006, I electronically filed the foregoing Declaration of Robert J. Siegel in Support of Motion to Disqualify Counsel with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Floyd E. Ivey,

MERKLE, SIEGEL, & FRIEDRICHSEN, P.C.

DATE: October 5, 2006

BY: /s/ Robert J. Siegel
ROBERT J. SIEGEL
WASHINGTON BAR NO. 17312
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WA 98101
TELEPHONE: 206.624.9392
FAX: 206.624.0717
Bob@msfseattle.com

-3
Notice of Hearing

**MERKLE SIEGEL & FRIEDRICHSEN**
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-624-9392
Fax: 206-624-0717