1

2   Floyd E. Ivey
    Liebler, Ivey, Connor, Berry & St. Hilaire
3   1141 N. Edison, Suite C
    P.O. Box 6125
4   Kennewick, WA 99336
    Telephone (509) 735-3581
5   Fax (509) 735-3585
    Attorneys for Defendant
6
    DOUGLAS E. MCKINLEY, JR.
7   Attorney At Law
    P.O. Box 202 Richland, Washington 99352
8   509-628-0809
    Fax (509) 628-2307
9   Attorney for Plaintiff

10  ROBERT J. SIEGEL
    1325 4th Ave Ste 940
11  Seattle, WA
    98101-2509

12

13

14              IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF WASHINGTON
15

16  OMNI INNOVATIONS LLC et al          )        NO.  CV-06-01284
                                        )
17                                      )
              Plaintiffs                )        **NOTICE OF APPEARANCE**
18                                      )
    ASCENTIVE, LLC                      )
19  a Delaware Limited Liability Company; )
    ADAM SCHRAN, individually and as part )
20  of his marital community; JOHN DOES, I-X )
                                        )
21            Defendants                )
    _____ )
22

23       You are hereby notified that the undersigned, Floyd E. Ivey, of the firm of

24  LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE, appear for and on behalf

25  of the defendant, ASCENTIVE, LLC; and you are directed to serve all future

26  papers and pleadings, except process, upon said attorney at his address below

27  stated.

28

Defendant AscentiveLLC Notice of Appearance of Counsel - 1.              LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Z:\IPClient\Ascentive LLC v. Gordon\Ascentive v. Omni                              Attorneys at Law
Innovations\Motions\NtcAppearance.Ascentive.061020.wpd                              P.O. Box 6125
                                                                        Kennewick, Washington 99336-0125
                                                                               (509) 735-3581

Dockets.Justia.com

1          DATED this 20th day of October, 2006

2

3                              LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE

4
                               By s/ FLOYD E. IVEY
5                                  FLOYD E. IVEY, WSBA #6888
                                   Counsel for Defendant
6                                  1141 N. Edison, Suite C
                                   Kennewick, WA 99336
7

8

9

10
           I hereby certify that on October 20, 2006, I electronically filed **Notice of**
11  **Appearance** with the Clerk of the Court using the CM/ECF System which will
    send notification of such filing to Plaintiffs' counsel Robert J. Siegel and Douglas
12  McKinley.

13                              S/ FLOYD E. IVEY
                                FLOYD E. IVEY
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defendant AscentiveLLC Notice of Appearance of Counsel - 2.
Z:\IPClient\Ascentive LLC v. Gordon\Ascentive v. Omni
Innovations\Motions\NtcAppearance.Ascentive.061020.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581