1

2  Floyd E. Ivey                                         Hon. Judge Zilly
   Liebler, Ivey, Connor, Berry & St. Hilaire
3  1141 N. Edison, Suite C
   P.O. Box 6125
4  Kennewick, WA 99336
   Telephone (509) 735-3581
5  Fax (509) 735-3585
   Attorneys for Defendant
6
   DOUGLAS E. MCKINLEY, JR.
7  Attorney At Law
   P.O. Box 202 Richland, Washington 99352
8  509-628-0809
   Fax (509) 628-2307
9  Attorney for Plaintiff

10 ROBERT J. SIEGEL
   1325 4th Ave Ste 940
11 Seattle, WA
   98101-2509
12

13
                    **IN THE UNITED STATES DISTRICT COURT**
14                  **FOR THE WESTERN DISTRICT OF WASHINGTON**

15 OMNI INNOVATIONS LLC et al           )       NO. CV-06-01284
16                                       )
                                         )
17         Plaintiffs                    )
                                         )       **MOTION TO**
18 ASCENTIVE, LLC                        )       **RESCHEDULE OR STRIKE**
   a Delaware Limited Liability Company; )       **PLAINTIFFS' MOTION TO**
19 ADAM SCHRAN, individually and as part )       **DISQUALIFY COUNSEL**
   of his marital community; JOHN DOES, I-X)     **FLOYD E. IVEY**
20                                       )
           Defendants                    )
21 _____ )

22
        Defendant Ascentive, LLC moves to Reschedule or Strike the hearing of
23
   Plaintiff's Motion to Disqualify Defendant Counsel Floyd E. Ivey. This Motion is
24
   based on the Declarations of attorney Floyd E. Ivey, appearing for Defendant
25
   Ascentive, LLC, the Declaration of Megan Emery-Ace and the Declaration of
26
   Adam Schran.
27
        DATED this 20th day of October, 2006
28

Defendant's Motion to Reschedule or Strike Plaintiff's Motion to       LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Disqualify - 1.                                                                        Attorneys at Law
Z:\IPClient\Ascentive LLC v. Gordon\Ascentive v. Omni                                   P.O. Box 6125
Innovations\Motions\MotionRescheduleMotDisq\Motion                              Kennewick, Washington 99336-0125
toExpedite.MotDisqualify.061020.wpd                                                      (509) 735-3581

1
2
3        LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
4
5
6        By s/ FLOYD E. IVEY
           FLOYD E. IVEY, WSBA #6888
7          Counsel for Defendant
           1141 N. Edison, Suite C
8          Kennewick, WA 99336
9
        I hereby certify that on October 20, 2006, I electronically filed **Motion to
10   Reschedule or Strike Plaintiff's Motion to Disqualify Counsel Floyd E. Ivey**
     with the Clerk of the Court using the CM/ECF System which will send notification
11   of such filing to Plaintiffs' counsel Robert J. Siegel and Douglas McKinley.
12              S/ FLOYD E. IVEY
                FLOYD E. IVEY
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Defendant's Motion to Reschedule or Strike Plaintiff's Motion to Disqualify - 2.
Z:\IPClient\Ascentive LLC v. Gordon\Ascentive v. Omni Innovations\Motions\MotionRescheduleMotDisq\Motion toExpedite.MotDisqualify.061020.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581