1

2   Floyd E. Ivey                                    Hon. Judge Zilly
    Liebler, Ivey, Connor, Berry & St. Hilaire
3   1141 N. Edison, Suite C
    P.O. Box 6125
4   Kennewick, WA 99336
    Telephone (509) 735-3581
5   Fax (509) 735-3585
    Attorneys for Defendant
6
    DOUGLAS E. MCKINLEY, JR.
7   Attorney At Law
    P.O. Box 202 Richland, Washington 99352
8   509-628-0809
    Fax (509) 628-2307
9   Attorney for Plaintiff

10  ROBERT J. SIEGEL
    1325 4th Ave Ste 940
11  Seattle, WA
    98101-2509

12

13

14                  **IN THE UNITED STATES DISTRICT COURT**
                    **FOR THE WESTERN DISTRICT OF WASHINGTON**

15

16  OMNI INNOVATIONS LLC et al          )        NO.  CV-06-01284
                                        )
17                                      )        **DECLARATION OF MEGAN**
                 Plaintiffs             )        **ACE SUPPORTING**
                                        )        **MOTION TO EXPEDITE**
18  ASCENTIVE, LLC                      )        **MOTION TO**
    a Delaware Limited Liability Company; )      **RESCHEDULE**
19  ADAM SCHRAN, individually and as part )      **PLAINTIFFS' MOTION TO**
    of his marital community; JOHN DOES, I-X)    **DISQUALIFY COUNSEL**
20               Defendants             )        **FLOYD E. IVEY**
                                        )
21  _____ )

22

23       Megan Emery-Ace now declares as follows:  I am the Ascentive LLC

    Human Resource administrator.  On the morning of October 16, 2006, a gentleman
24
    came into the office of Ascentive LLC to deliver a summons. I was asked my
25
    name, but not asked to sign anything. He handed me two stapled copies of a
26
    summons for case number #C06-1284 TSZ entitled JAMES S. GORDON v.
27
    ASCENTIVE LLC and ADAM SCHRAN.
28

Declaration of Megan Emery-Ace re: Defendant's Motion to          LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Expedite Motion to Reschedule or Strike Plaintiff's Motion to                     Attorneys at Law
Disqualify - 1.                                                                    P.O. Box 6125
Z:\IPClient\Ascentive LLC v. Gordon\Ascentive v. Omni                    Kennewick, Washington 99336-0125
Innovations\Motions\Motion toExpedite.MotDisqualify.DECACE.061020.wpd              (509) 735-3581

1

2

3          The delivery person asked who Adam Schran was and wanted to know if we

4     had received these papers already; I responded that Adam Schran was our CEO and

5     that I had not seen these papers before.  He also explained that the paperwork was

6     delayed due to a mix-up of addresses.

7          I certify and declare, under penalty of perjury under the laws of the State of

8     Washington, that the foregoing is true and correct.

9     Signed at (city)_____, (state)_____

10    _____     _____

11    Megan Emery-Ace                              Date

12

13

14

15

16         I hereby certify that on October 20, 2006, I electronically filed **Declaration

17    of Megan Emery-Ace re: Defendant's Motion to Expedite hearing of
      Defendants' Motion to Reschedule or Strike Plaintiff's Motion to Disqualify**

18    **Counsel Floyd E. Ivey** with the Clerk of the Court using the CM/ECF System
      which will send notification of such filing to Plaintiffs' counsel Robert J. Siegel

19    and Douglas McKinley.

20

21                         S/ FLOYD E. IVEY_____

22                         FLOYD E. IVEY

23

24

25

26

27

28

Declaration of Megan Emery-Ace re: Deffendant's Motion to        LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Expedite Motion to Reschedule or Strike Plaintiff's Motion to                    Attorneys at Law
Disqualify - 2.                                                                   P.O. Box 6125
Z:\IPClient\Ascentive LLC v. Gordon\Ascentive v. Omni            Kennewick, Washington 99336-0125
Innovations\Motions\Motion toExpedite.MotDisqualify.DECACE.061020.wpd                (509) 735-3581