Floyd E. Ivey  
Liebler, Ivey, Connor, Berry & St. Hilaire  
1141 N. Edison, Suite C  
P.O. Box 6125  
Kennewick, WA 99336  
Telephone (509) 735-3581  
Fax (509) 735-3585  
Attorneys for Defendant  

Hon. Judge Zilly

DOUGLAS E. MCKINLEY, JR.  
Attorney At Law  
P.O. Box 202 Richland, Washington 99352  
509-628-0809  
Fax (509) 628-2307  
Attorney for Plaintiff  

ROBERT J. SIEGEL  
1325 4th Ave Ste 940  
Seattle, WA  
98101-2509  

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| OMNI INNOVATIONS LLC et al ) <br> ) <br> ) <br> Plaintiffs ) <br> ) <br> ASCENTIVE, LLC ) <br> a Delaware Limited Liability Company; ) <br> ADAM SCHRAN, individually and as part ) <br> of his marital community; JOHN DOES, I-X) <br> Defendants ) <br> ) <br> _____ ) | NO. CV-06-01284 <br><br> **DECLARATION OF ADAM SCHRAN SUPPORTING MOTION TO EXPEDITE MOTION TO RESCHEDULE PLAINTIFFS' MOTION TO DISQUALIFY COUNSEL FLOYD E. IVEY** |

Adam Schran now declares as follows: I am the CEO of Ascentive LLC. I am aware, from discussions with Ms. Megan Emery-Ace, that on October 16, 2006, a person delivered, at the office of Ascentive LLC, a summons stating #C06-1284 TSZ and entitled JAMES S. GORDON v. ASCENTIVE LLC and ADAM SCHRAN.

I have not been served as of October 20, 2006.

Declaration of Adam Schran re: Deffendant's Motion to Expedite Motion to Reschedule or Strike Plaintiff's Motion to Disqualify - 1.  
Z:\IPClient\Ascentive LLC v. Gordon\Ascentive v. Omni Innovations\Motions\Motion toExpedite.MotDisq.DECSchran.061020.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE  
Attorneys at Law  
P.O. Box 6125  
Kennewick, Washington 99336-0125  
(509) 735-3581

1    I certify and declare, under penalty of perjury under the laws of the State of
2   Washington, that the foregoing is true and correct.
3   Signed at (city)_____, (state)_____
4
5   _____    _____
    Adam Schran                        Date
6
7
8
9
10
11   I hereby certify that on October 20, 2006, I electronically filed **Declaration of Adam Schran re: Defendant's Motion to Expedite hearing of Defendants' Motion to Reschedule or Strike Plaintiff's Motion to Disqualify Counsel Floyd E. Ivey** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Plaintiffs' counsel Robert J. Siegel and Douglas McKinley.
12
13
14
15                S/ FLOYD E. IVEY
16                FLOYD E. IVEY

Declaration of Adam Schran re: Defendant's Motion to Expedite
Motion to Reschedule or Strike Plaintiff's Motion to Disqualify - 2.
Z:\IPClient\Ascentive LLC v. Gordon\Ascentive v. Omni Innovations\Motions\Motion toExpedite.MotDisq.DECSchran.061020.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581