| | |
|---|---|
| Floyd E. Ivey<br>Liebler, Ivey, Connor, Berry & St. Hilaire<br>1141 N. Edison, Suite C<br>P.O. Box 6125<br>Kennewick, WA 99336<br>Telephone (509) 735-3581<br>Fax (509) 735-3585<br>Attorneys for Defendant | Hon. Judge Zilly |

DOUGLAS E. MCKINLEY, JR.
Attorney At Law
P.O. Box 202 Richland, Washington 99352
509-628-0809
Fax (509) 628-2307
Attorney for Plaintiff

ROBERT J. SIEGEL
1325 4th Ave Ste 940
Seattle, WA
98101-2509

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| OMNI INNOVATIONS LLC et al )<br>)<br>Plaintiffs )<br>)<br>ASCENTIVE, LLC )<br>a Delaware Limited Liability Company; )<br>ADAM SCHRAN, individually and as part )<br>of his marital community; JOHN DOES, I-X)<br>Defendants )<br>)<br>_____) | NO. CV-06-01284<br><br>**DECLARATION OF FLOYD E. IVEY IN RESPONSE TO PLAINTIFFS' MOTION TO DISQUALIFY COUNSEL FLOYD E. IVEY** |

Floyd E. Ivey now declares that I have appeared for Defendant Ascentive, LLC in this matter on October 20, 2006.

I have separately moved for the Rescheduling or Striking of Plaintiffs' Motion to Disqualify.

I have reviewed the Declaration of Mr. James Gordon in Support of Disqualification. Mr. Gordon alleges that I have provided assistance to Mr.

DeclarationIvey Motion Opposing Plaintiff's Motion to Disqualify - 1.
Z:\IPClient\Ascentive LLC v. Gordon\Ascentive v. Omni Innovations\Motions\MotionDisqualify\Motion to Disqualify.DECIVEY.061020.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

Dockets.Justia.com

1  Gordon regarding Omni Innovations LLC. I find no record of having consulted
2  with or having undertaken any work relative to Omni Innovations LLC. I have
3  had, in years past, minimal contact with Mr. Gordon. That prior contact is fully
4  addressed in the Exhibits and Memorandum which is identified as Exhibits to the
5  Defendants' Memorandum Opposing Plaintiff's Motion to Disqualify.
6      The Exhibits annexed to Mr. Gordon's Declaration, in this present matter,
7  were previously considered in a like Motion to Disqualify brought in a like case by
8  Mr. Gordon's wife in the Eastern District. I find no file, no memos, notes or any
9  evidence that assistance was provided to Mr. Gordon relative to Omni Innovations
10 LLC.
11     However, it is with certainty that I have not engaged in any effort regarding
12 Omni Innovations LLC and any issue in the case of Omni Innovations LLC. Any
13 contact by Mr. Gordon with this office relative to his intent to pursue violations of
14 RCW 19.190 are documented in the email annexed to Mrs. Gordon's Declaration
15 in the Eastern District matter of Gordon v. Impulse Marketing Group.
16     DATED this 20th day of October, 2006

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE

By s/ FLOYD E. IVEY
FLOYD E. IVEY, WSBA #6888
Counsel for Defendant
1141 N. Edison, Suite C
Kennewick, WA 99336

I hereby certify that on October 20, 2006, I electronically filed **Declaration of Floyd E. Ivey Opposing Motion to Disqualify** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Plaintiffs' counsel Robert J. Siegel and Douglas McKinley.

S/ FLOYD E. IVEY
_____
FLOYD E. IVEY

DeclarationIvey Motion Opposing Plaintiff's Motion to Disqualify - 2.
Z:\IPClient\Ascentive LLC v. Gordon\Ascentive v. Omni Innovations\Motions\MotionDisqualify\Motion toDisqualify.DECIVEY.061020.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

## Floyd Ivey

| | |
|---|---|
| **From:** | Adana Lloyd [adana@msfseattle.com] |
| **Sent:** | Tuesday, October 03, 2006 4:50 PM |
| **To:** | 'Floyd Ivey' |
| **Cc:** | Bob Siegel |
| **Subject:** | Omni Innovations, LLC v. Ascentive |
| **Attachments:** | Proposed Order.pdf; M2Disqualify.pdf; M2DisqualifyGordonDec.pdf; M2DisqualifyGordonDecExh1.pdf; M2DisqualifyGordonDecExh2.pdf; M2DisqualifyGordonDecExh3.pdf; M2DisqualifyGordonDecExh4.pdf; M2DisqualifyGordonDecExh5.pdf; M2DisqualifyGordonDecExh6.pdf; M2DisqualifySiegelDec.pdf; M2DisqualifySiegelDecExhA.pdf; M2DisqualifySiegelDecExhB.pdf; Notice of Hearing.pdf |

Dear Mr. Ivey:

Attached, as .PDF files, please find Plaintiff's Motion to Disqualify Counsel (and supporting documents). Please feel free to contact Mr. Siegel with any questions or concerns that you may have.

Sincerely,

Adana Lloyd
Merkle, Siegel, & Friedrichsen, P.C.
1325 Fourth Avenue, Suite 940
Seattle, Washington 98101
p.206.624.9392
adana@msfseattle.com

This E-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. This information is confidential information and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

*[Handwritten annotations: "3", "06-01284", "Exhibit A", "Declaration of Ivey"]*

# LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE

www.lieblerivey.com
*Attorneys at Law*

**Intellectual Property**
Floyd E. Ivey *
  Registered Patent Attorney
  Patents, Trademarks, Copyrights,
  Licensing, Litigation and Other
  Intellectual Property Matters

**The Edison Professional Building**
1141 North Edison, Suite C
P.O. Box 6125
Kennewick, Washington 99336-0125
Telephone 509-735-3581
Facsimile 509-735-3585

Craig M. Liebler
William J. Connor
Alicia M. Berry
Ronald F. St. Hilaire

feivey@3-cities.com
*cell: 948-0943

October 4, 2006

*Via Email and U.S. Mail (bob@msfseattle.com ; doug@mckinleylaw.com)*

Mr. Robert J. Siegel
1325 4th Ave Ste 940
Seattle, WA
98101-2509

Mr. Douglas E. McKinley, Jr.
P.O. Box 202
Richland, Washington 99352

    Re: Omni v. Ascentive LLC

Dear Mr. Siegel and Mr. McKinley,

There is no evidence, in the above identified case, that service or process has been made on any defendant.

I have not appeared in the case. There is no attorney of record in the case for Defendants.

Notice of Motions, to counsel of record, requires as least 33 days notice in the noting for hearing absent a Motion to Expedite.

Your noting of this motion fails in all particulars.

I ask that you now strike the motion. I will appreciate your early advice.

        Yours very truly,

        S/ FLOYD E. IVEY

        FLOYD E. IVEY

*06-01284 Exhibit B Declaration of Ivey*

4

Mr. Robert J. Siegel
March 27, 2006
Page 2

FEI:gs