Floyd E. Ivey
Liebler, Ivey, Connor, Berry & St. Hilaire
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, WA 99336
Telephone (509) 735-3581
Fax (509) 735-3585
Attorneys for Defendant

Hon. Judge Zilly

DOUGLAS E. MCKINLEY, JR.
Attorney At Law
P.O. Box 202 Richland, Washington 99352
509-628-0809
Fax (509) 628-2307
Attorney for Plaintiff

ROBERT J. SIEGEL
1325 4th Ave Ste 940
Seattle, WA
98101-2509

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| OMNI INNOVATIONS LLC et al ) <br> ) <br> Plaintiffs ) <br> ) <br> ASCENTIVE, LLC ) <br> a Delaware Limited Liability Company; ) <br> ADAM SCHRAN, individually and as part ) <br> of his marital community; JOHN DOES, I-X) <br> ) <br> Defendants ) <br> _____ ) | NO. CV-06-01284 <br><br> **NOTICE OF HEARING ON MOTION TO RESCHEDULE OR STRIKE PLAINTIFFS' MOTION TO DISQUALIFY COUNSEL FLOYD E. IVEY** |

Defendant Ascentive, LLC notices for hearing Defendant's Motion to Reschedule or Strike Plaintiff's Motion to Disqualify counsel Floyd E. Ivey for hearing without oral argument on October 20, 2006.

DATED this 20th day of October, 2006

Defendant's Motion to Reschedule NOTICEor Strike Plaintiff's
Motion to Disqualify - 1.
Z:\IPClient\Ascentive LLC v. Gordon\Ascentive v. Omni
Innovations\Motions\MotionRescheduleMotDisq\Motion
toReschedNOTICE.061020.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE

By s/ FLOYD E. IVEY
FLOYD E. IVEY, WSBA #6888
Counsel for Defendant
1141 N. Edison, Suite C
Kennewick, WA 99336

I hereby certify that on October 20, 2006, I electronically filed **Notice of hearing of Motion to Reschedule or Strike Plaintiff's Motion to Disqualify Counsel Floyd E. Ivey** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Plaintiffs' counsel Robert J. Siegel and Douglas McKinley.

S/ FLOYD E. IVEY
FLOYD E. IVEY

Defendant's Motion to Reschedule NOTICEor Strike Plaintiff's Motion to Disqualify - 2.
Z:\IPClient\Ascentive LLC v. Gordon\Ascentive v. Omni Innovations\Motions\MotionRescheduleMotDisq\Motion toReschedNOTICE.061020.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581