1

2  Floyd E. Ivey                                    Hon. Judge Zilly
   Liebler, Ivey, Connor, Berry & St. Hilaire
3  1141 N. Edison, Suite C
   P.O. Box 6125
4  Kennewick, WA 99336
   Telephone (509) 735-3581
5  Fax (509) 735-3585
   Attorneys for Defendant
6
   DOUGLAS E. MCKINLEY, JR.
7  Attorney At Law
   P.O. Box 202 Richland, Washington 99352
8  509-628-0809
   Fax (509) 628-2307
9  Attorney for Plaintiff

10 ROBERT J. SIEGEL
   1325 4th Ave Ste 940
11 Seattle, WA
   98101-2509

12

13
                    **IN THE UNITED STATES DISTRICT COURT**
14                  **FOR THE WESTERN DISTRICT OF WASHINGTON**

15
   OMNI INNOVATIONS LLC et al           )   NO.  CV-06-01284-TSZ
16                                       )
                                         )   **DECLARATION OF FLOYD**
17         Plaintiffs                    )   **E. IVEY IN RESPONSE TO**
                                         )   **PLAINTIFFS' MOTION**
18 ASCENTIVE, LLC                        )   **TO DISQUALIFY**
   a Delaware Limited Liability Company; )   **COUNSEL FLOYD E. IVEY**
19 ADAM SCHRAN, individually and as part )
   of his marital community; JOHN DOES, I-X)
20         Defendants                    )
                                         )
21 _____ )

22      Floyd E. Ivey now declares that I have appeared for Defendant Ascentive,

23 LLC in this matter on October 20, 2006.

24      I have separately moved for the Rescheduling or Striking of Plaintiffs'

25 Motion to Disqualify.

26      I have reviewed the Declaration of Mr. James Gordon in Support of

27 Disqualification. Mr. Gordon alleges that I have provided assistance to Mr.

28

DeclarationIvey Motion Opposing Plaintiff's Motion to Disqualify - 1.
Z:\IPClient\Ascentive LLC v. Gordon\Ascentive v. Omni Innovations\Motions\MotionDisqualify\Motion toDisqualify.DECIVEY.061020.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

1  Gordon regarding Omni Innovations LLC. I find no record of having consulted
2  with or having undertaken any work relative to Omni Innovations LLC. I have
3  had, in years past, minimal contact with Mr. Gordon. That prior contact is fully
4  addressed in the Exhibits and Memorandum which is identified as Exhibits to the
5  Defendants' Memorandum Opposing Plaintiff's Motion to Disqualify.
6      The Exhibits annexed to Mr. Gordon's Declaration, in this present matter,
7  were previously considered in a like Motion to Disqualify brought in a like case by
8  Mr. Gordon's wife in the Eastern District. I find no file, no memos, notes or any
9  evidence that assistance was provided to Mr. Gordon relative to Omni Innovations
10 LLC.
11     However, it is with certainty that I have not engaged in any effort regarding
12 Omni Innovations LLC and any issue in the case of Omni Innovations LLC. Any
13 contact by Mr. Gordon with this office relative to his intent to pursue violations of
14 RCW 19.190 are documented in the email annexed to Mrs. Gordon's Declaration
15 in the Eastern District matter of Gordon v. Impulse Marketing Group.
16     DATED this 20th day of October, 2006
17         LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
18
19         By s/ FLOYD E. IVEY
          FLOYD E. IVEY, WSBA #6888
20         Counsel for Defendant
          1141 N. Edison, Suite C
21         Kennewick, WA 99336
22
23     I hereby certify that on October 20, 2006, I electronically filed **Declaration of Floyd E. Ivey Opposing Motion to Disqualify** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Plaintiffs'
24 counsel Robert J. Siegel and Douglas McKinley.
        S/ FLOYD E. IVEY
25         FLOYD E. IVEY
26
27
28

DeclarationIvey Motion Opposing Plaintiff's Motion to Disqualify - 2.
Z:\IPClient\Ascentive LLC v. Gordon\Ascentive v. Omni Innovations\Motions\MotionDisqualify\Motion toDisqualify.DECIVEY.061020.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581