UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OMNI INNOVATIONS, LLC, a Washington
Limited Liability company

      Plaintiff,      C06-1284Z

v.             MINUTE ORDER

ASCENTIVE, LLC, a Delaware limited
liability company; ADAM SCHRAN,
individually and as part of his marital
community; JOHN DOES, I-X,

      Defendant.

   The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

   (1)  The Court GRANTS Defendants' unopposed Motion to Reschedule or Strike Plaintiffs' Motion to Disqualify Counsel Floyd E. Ivey, docket no. 9, as follows. The Court RENOTES Plaintiffs' Motion to Disqualify, docket no. 3, to November 3, 2006.

   (2)  The Clerk is directed to send a copy of this Minute Order to all counsel of record.

   Filed and entered this 30th day of October, 2006.

          BRUCE RIFKIN, Clerk


            s/ Claudia Hawney
         By _____
          Claudia Hawney
          Deputy Clerk

MINUTE ORDER  1–