

06-CV-01284-STIP

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASH. AT SEATTLE

| | |
|---|---|
| JAMES S. GORDON, JR., A MARRIED INDIVIDUAL D/B/A 'GORDONWORKS.COM', <br><br> Plaintiff/Petitioner <br><br> vs. <br><br> ASCENTIVE, LLC., A DELAWARE CORPORATION; ET AL., <br><br> Defendant/Respondent | Hearing Date: <br><br> CAUSE NO. <br> C06-1284TSZ <br><br><br> AFFIDAVIT OF SERVICE OF: <br> SUMMONS IN A CIVIL CASE; FIRST AMENDED COMPLAINT |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **16th day of October, 2006, at 1:12 PM**, at the address of **201 SPRING GARDEN Street SUITE 400, PHILADELPHIA, PA** ; this affiant served the above described documents upon **ADAM SCHRAN**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **MEGAN ACE, SUPERVISOR, W. FEMALE, BRN HAIR, 42YRS OLD, 5'7". 165LBS**, a person of suitable age and discretion who stated the above address to be the verified place of employment of themselves and the subject(s) and/or subjects legal representative listed above.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Affiant hereby states under penalty of perjury under the laws of the State of **Washington** that the statement above is true and correct.

_RUSSELL D'ALONZO_

SUBSCRIBED AND SWORN to before me this 24th day of October, 2006

_NOTARY PUBLIC in and for the State of Pennsylvania_

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
GERARD C. MENICHINI, Notary Public
City of Philadelphia, Phila. County
My Commission Expires JANUARY 2010

ABC's Client Name: Merkle, Siegel & Friedrichsen
Omni v. Ascentive

ORIGINAL PROOF OF SERVICE

ABC Tracking #: 8023062

Dockets.Justia.com