perlhs    https://www.4blegal2006asp/aPs/nos/perlhs.asp?id=8023061&d19...

FILED ___ ___ ENTERED
LODGED ___ ___ RECEIVED

OCT 8 2005

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

06-CV-01284-RESP

IN THE
UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASH. AT SEATTLE

JAMES S. GORDON, JR., A MARRIED
INDIVIDUAL D/B/A 'GORDONWORKS.COM',

    Plaintiff/Petitioner

vs.

ASCENTIVE, LLC., A DELAWARE
CORPORATION; ET AL.,

    Defendant/Respondent

Hearing Date:

CAUSE NO. C06-1284TSZ

DECLARATION OF SERVICE OF:
SUMMONS IN A CIVIL CASE; FIRST AMENDED
COMPLAINT

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **16th day of October, 2006, at 1:12 PM**, at the address of **201 SPRING GARDEN Street SUITE 400, PHILADELPHIA, Philadelphia** County, **PA 19123**; this declarant served the above described documents upon **ASCENTIVE, LLC.,,** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **MEGAN ACE, SUPERVISOR; WHT F, BRN HAIR, 42YRS, 5'7'', 165LBS.**

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of **Washington** that the statement above is true and correct.

DATED this 24th day of October, 2006.

RUSSELL D. ALONZO

ABC's Client Name
**Merkle, Siegel & Friedrichsen**
**Omni v. Ascentive**

ORIGINAL PROOF OF SERVICE

ABC Tracking #: 8023061

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
GERARD C. MENICHINI, Notary Public
City of Philadelphia, Phila. County
My Commission Expires July 14, 2010

Dockets.Justia.com