The. Hon. Thomas Zilly

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | |
|---|---|
| OMNI INNOVATIONS, LLC, a Washington Limited Liability company; EMILY ABBEY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>ASCENTIVE, LLC, a Delaware limited liability company; ADAM SCHRAN, individually and as part of his marital community; JOHN DOES, I-X,<br><br>Defendants, | NO. 06-01284<br><br>DECLARATION OF JAMES S. GORDON, JR. IN REPLY RE MOTION TO DISQUALIFY COUNSEL |

James S. Gordon, Jr. declares as follows:

1) I, James S. Gordon, Jr., am the principal member and owner of Omni Innovations, LLC ("Omni") the Plaintiff in the above captioned lawsuit. I am over the age of 18 and am otherwise competent to testify.

2) As I stated in my initial declaration, in 2000, I retained the legal services of Floyd E. Ivey to assist me in drafting contracts for Omni among other matters. Mr. Ivey's firm invoiced me, and I paid them. After searching through some of

---

DECLARATION OF JAMES S. GORDON, JR.
IN REPLY RE MOTION TO DISQUALIFY DEFENDANTS'
COUNSEL

**MERKLE SIEGEL & FRIEDRICHSEN**
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-624-9392
Fax: 206-624-0717

1  my old records, I have recently found two of the billings for that period. (See
2  billing from Mr. Ivey's firm attached hereto as Exhibit "A").
3  I declare under penalty of perjury under the laws of the State of Washington and of
4  the United States that the foregoing is true and correct. Signed this 31st day of
   October, 2006
5
6  _____
   James S. Gordon, Jr. for Omni Innovations, LLC
7  as its owner and managing member.

DECLARATION OF JAMES S. GORDON, JR.
IN REPLY RE MOTION TO DISQUALIFY DEFENDANTS'
COUNSEL

**MERKLE SIEGEL & FRIEDRICHSEN**
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-624-9392
Fax: 206-624-0717

7

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

CERTIFICATE OF SERVICE

I hereby certify that on  November 1 , 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Floyd E. Ivey,

                Adana Lloyd
                MERKLE, SIEGEL, & FRIEDRICHSEN, P.C.
                DATE: NOVEMBER 1, 2006

                BY: *Adana Lloyd*
                ADANA LLOYD
                1325 FOURTH AVENUE, SUITE 940
                SEATTLE, WA 98101
                TELEPHONE: 206.624.9392
                FAX: 206.624.0717

DECLARATION OF JAMES S. GORDON, JR.
IN REPLY RE MOTION TO DISQUALIFY DEFENDANTS'
COUNSEL

**MERKLE SIEGEL & FRIEDRICHSEN**
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-624-9392
Fax: 206-624-0717

8