**EXHIBIT A**

Case 2:06-cv-01284-JCC    Document 21-2    Filed 11/01/2006    Page 1 of 3

A

Dockets.Justia.com

# LIEBLER, IVEY & CONNOR, P.S.
## *Attorneys at Law*

*Craig M. Liebler*
*Floyd E. Ivey +*
*William J. Connor*

*Janet E. Taylor - Associate*

*The Edison Professional Building*
*1141 N. Edison Street, Suite C*
*P.O. Box 6125*
*Kennewick, Washington 99336-0125*

*Telephone (509) 735-3581*
*Facsimile (509) 735-3585*

+ *Registered Patent Attorney:*
*Patents, Trademarks,*
*Copyrights, Licensing.*
*Litigation and Other*
*Intellectual Property Matters*

\* *www.LieblerIvey.com*

```
                                                                Page: 1
Jim Gordon                                              August 28, 2000
1419 Jadwin Avenue                                  Account No: 1445-001M
Richland  WA  99352                                 Statement No:      1


RE: Copyright/Trademark/Patent
                                                      Interim Statement


                              Fees
                                            Rate     Hours

08/11/00 FEI Conference with Mr. Jim Gordon with review
             of issues related to 1. word game, 2.
             Cyclarm/motorcycle alarm, 3. Teen concepts
             and 4. HGH/agreements; discussion of
             projects and issues for focus and or
             priority of attempting the indicated
             projects; discussion of
             agreement/confidentiality agreements
             related to HGH with options in
             contracting.                   195.00    0.75    146.25

             For Current Services Rendered            0.75    146.25

             Total Current Work                               146.25


             Balance Due                                     $146.25
```

LIEBLER, IVEY & CONNOR
1141 N. Edison St., #C, P.O. Box 6125   (509) 735-3581
Kennewick, Washington 99336

Date: Sept 15, 2000

Dancing Wolf, Inc. (Jim Gordon)

One hundred forty six + 25/100    $146.25

fees

X

10

**LIEBLER, IVEY & CONNOR, P.S.** *
*Attorneys at Law*
The Edison Professional Building
1141 N. Edison Street, Suite C
P.O. Box 6125
Kennewick, Washington 99336-0125

Telephone (509) 735-3581
Facsimile (509) 735-3585

Craig M. Liebler
Floyd E. Ivey +
William J. Connor

Alicia M. Berry - Associate
Ronald F. St. Hilaire - Associate

+ *Registered Patent Attorney:
Patents, Trademarks,
Copyrights, Licensing,
Litigation and Other
Intellectual Property Matters*

* *www.LieblerIvey.com*

Page: 1
May 24, 2002
Account No: 1445-001M
Statement No: 3

Jim Gordon
1419 Jadwin Avenue
Richland WA 99352

Interim Statement

RE: Copyright/Trademark/Patent

| | | Rate | Hours | |
|---|---|---|---|---|
| Fees | | | | |
| 05/03/02 FEI Review email from Mr. Gordon re: need for confidentiality agreement. Prepare Confidential Disclosure Agreement and email with comments to Mr. Gordon. Email to Mr. Gordon re: trademark issues. | | 215.00 | 0.60 | 129.00 |
| For Current Services Rendered | | | 0.60 | 129.00 |
| Total Current Work | | | | 129.00 |
| PLEASE REMIT BALANCE DUE: | | | | $129.00 |

11