1

2   Floyd E. Ivey                                    Hon. Judge T. S. Zilly
    Liebler, Ivey, Connor, Berry & St. Hilaire
3   1141 N. Edison, Suite C
    P.O. Box 6125
4   Kennewick, WA 99336
    Telephone (509) 735-3581
5   Fax (509) 735-3585
    Attorneys for Defendant
6
    DOUGLAS E. MCKINLEY, JR.
7   Attorney At Law
    P.O. Box 202 Richland, Washington 99352
8   509-628-0809
    Fax (509) 628-2307
9   Attorney for Plaintiff

10  ROBERT J. SIEGEL
    1325 4th Ave Ste 940
11  Seattle, WA
    98101-2509

12

13

14           IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF WASHINGTON

15

16  OMNI INNOVATIONS LLC et al        )        NO.  CV-06-01284-TSZ
                                      )
17                                    )
                Plaintiffs            )        MOTION FOR CHANGE OF
18                                    )        VENUE
    ASCENTIVE, LLC                    )
19  a Delaware Limited Liability Company,  )
                                      )
20              Defendant             )
    _____ )

21

22

23       Defendants move for a Change of Venue from the Western District of

    Washington to the Eastern District of Washington.  This Motion is supported by
24
    Defendant's Memorandum in Support of Defendant's Motion for Change of
25
    Venue.
26
         Dated this 1st day of November, 2006.
27

28

Defendant's Motion for Change of Venue - 1.              LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Z:\IPClient\Ascentive  LLC  v.  Gordon\Ascentive  v.  Omni              Attorneys at Law
Innovations\Motions\Motion Venue\Motion  for                    P.O. Box 6125
Change.Venue.MOTION.061101.wpd                          Kennewick, Washington 99336-0125
                                                           (509) 735-3581

                                                        Dockets.Justia.com

1

S/FLOYD E. IVEY
FLOYD E. IVEY, WSBA 6888

2

Attorneys for Defendants

3

4

     I hereby certify that on November 1, 2006, I electronically filed

5

**Defendant's Motion to Change Venue** with the Clerk of the Court using the
CM/ECF System which will send notification of such filing to Plaintiffs' counsel

6

Robert J. Siegel and Douglas McKinley.

S/ FLOYD E. IVEY

7

FLOYD E. IVEY

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defendant's Motion for Change of Venue - 2.
Z:\IPClient\Ascentive LLC v. Gordon\Ascentive v. Omni
Innovations\Motions\MotionVenue\Motion for
Change.Venue.MOTION.061101.wpd