| | | |
|---|---|---|
| 1 | | |
| 2 | Floyd E. Ivey | Hon. Judge T. S. Zilly |
| 3 | Liebler, Ivey, Connor, Berry & St. Hilaire<br>1141 N. Edison, Suite C<br>P.O. Box 6125 | |
| 4 | Kennewick, WA 99336<br>Telephone (509) 735-3581 | |
| 5 | Fax (509) 735-3585<br>Attorneys for Defendant | |
| 6 | | |
| 7 | DOUGLAS E. MCKINLEY, JR.<br>Attorney At Law | |
| 8 | P.O. Box 202 Richland, Washington 99352<br>509-628-0809<br>Fax (509) 628-2307 | |
| 9 | Attorney for Plaintiff | |
| 10 | ROBERT J. SIEGEL | |
| 11 | 1325 4th Ave Ste 940<br>Seattle, WA<br>98101-2509 | |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| OMNI INNOVATIONS LLC et al | ) | NO. CV-06-01284-TSZ |
| | ) | |
| Plaintiffs | ) | ORDER ON DEFENDANT'S |
| | ) | MOTION FOR CHANGE OF |
| ASCENTIVE, LLC | ) | VENUE |
| a Delaware Limited Liability Company, | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

The Court having reviewed the pleadings filed herein including Defendant's Memorandum Supporting Motion for Change of Venue with appended Exhibits now (grants) (denies) Defendant's Motion and further this Court orders Transfer of this matter to The Eastern District of Washington.

Done this _____ of _____, 2006.

OrderOnMotion for Change of Venue - 1.
Z:\IPClient\Ascentive LLC v. Gordon\Ascentive v. Omni Innovations\Motions\MotionVenue\Motion for Change.Venue.ORDER.061101.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

1  _____
     Hon. T.S. Zilly
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

OrderOnMotion for Change of Venue - 2.
Z:\IPClient\Ascentive LLC v. Gordon\Ascentive v. Omni Innovations\Motions\MotionVenue\Motion for Change.Venue.ORDER.061101.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581