1

2  Floyd E. Ivey                                    Hon. Judge Zilly
   Liebler, Ivey, Connor, Berry & St. Hilaire
3  1141 N. Edison, Suite C
   P.O. Box 6125
4  Kennewick, WA 99336
   Telephone (509) 735-3581
5  Fax (509) 735-3585
   Attorneys for Defendant
6
   DOUGLAS E. MCKINLEY, JR.
7  Attorney At Law
   P.O. Box 202 Richland, Washington 99352
8  509-628-0809
   Fax (509) 628-2307
9  Attorney for Plaintiff

10 ROBERT J. SIEGEL
   1325 4th Ave Ste 940
11 Seattle, WA
   98101-2509

12

13
                        **IN THE UNITED STATES DISTRICT COURT**
14                      **FOR THE WESTERN DISTRICT OF WASHINGTON**

15
   OMNI INNOVATIONS LLC et al         )       NO.  CV-06-01284-TSZ
16                                    )
                                      )
17           Plaintiffs                )
                                      )
18 ASCENTIVE, LLC                      )       **MOTION TO**
   a Delaware Limited Liability Company; )     **RESCHEDULE**
19 ADAM SCHRAN, individually and as part )     **PLAINTIFFS' MOTION TO**
   of his marital community; JOHN DOES, I-X)   **DISQUALIFY COUNSEL**
20           Defendants                )       **FLOYD E. IVEY**
                                      )
21 _____)

22
        Defendant Moves to Reschedule the consideration of Plaintiffs' Motion to
23
   Disqualify Counsel to be heard November 17, 2006, contemporaneous with
24
   Defendant's Motion for Change of Venue.  Plaintiffs' Motion to Disqualify has
25
   been set for consideration on November 3, 2006.
26
   DATED this 1st day of November, 2006
27

28

Motion to Reschedule Plaintiff's Motion to Disqualify - 1.        LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Z:\IPClient\Ascentive LLC v. Gordon\Ascentive v. Omni                         Attorneys at Law
Innovations\Motions\MotionRescheduleMotDisq\SecondMotReschedule\Motion            P.O. Box 6125
toReschd.MOTION.061020.wpd                                             Kennewick, Washington 99336-0125
                                                                             (509) 735-3581

|   |   |
|---|---|
| 1 | LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE |

By s/ FLOYD E. IVEY
FLOYD E. IVEY, WSBA #6888
Counsel for Defendant
1141 N. Edison, Suite C
Kennewick, WA 99336

I hereby certify that on November 1, 2006, I electronically filed **Motion to Reschedule Consideration of Plaintiffs' Motion to Disqualify Counsel Floyd E. Ivey** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Plaintiffs' counsel Robert J. Siegel and Douglas McKinley.

S/ FLOYD E. IVEY
FLOYD E. IVEY

Motion to Reschedule Plaintiff's Motion to Disqualify - 2.
Z:\IPClient\Ascentive LLC v. Gordon\Ascentive v. Omni Innovations\Motions\MotionRescheduleMotDisq\SecondMotReschedule\Motion toReschd.MOTION.061020.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581