| | |
|---|---|
| Floyd E. Ivey<br>Liebler, Ivey, Connor, Berry & St. Hilaire<br>1141 N. Edison, Suite C<br>P.O. Box 6125<br>Kennewick, WA 99336<br>Telephone (509) 735-3581<br>Fax (509) 735-3585<br>Attorneys for Defendant | Hon. Judge Zilly |

DOUGLAS E. MCKINLEY, JR.
Attorney At Law
P.O. Box 202 Richland, Washington 99352
509-628-0809
Fax (509) 628-2307
Attorney for Plaintiff

ROBERT J. SIEGEL
1325 4th Ave Ste 940
Seattle, WA
98101-2509

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| OMNI INNOVATIONS LLC et al | ) | NO. CV-06-01284-TSZ |
| Plaintiffs | ) | |
| ASCENTIVE, LLC<br>a Delaware Limited Liability Company;<br>ADAM SCHRAN, individually and as part<br>of his marital community; JOHN DOES, I-X<br>Defendants | )<br>)<br>)<br>)<br>)<br>) | **ORDER ON DEFENDANTS'**<br>**MOTION TO**<br>**RESCHEDULE**<br>**PLAINTIFFS' MOTION TO**<br>**DISQUALIFY COUNSEL**<br>**FLOYD E. IVEY** |
| _____ ) | | |

The Court having considered Defendant's Motion to Reschedule Plaintiff's Motion to Disqualify counsel Floyd E. Ivey from November 3, 2006 to November 17, 2006 to be considered contemporaneous with Defendant's Motion to Change Venue;

Now _____ Defendants' Motion.

Done this _____ day of _____, 2006.

Order on Defendant's Motion to Reschedule or Strike Plaintiff's Motion to Disqualify - 1.
Z:\IPClient\Ascentive LLC v. Gordon\Ascentive v. Omni Innovations\Motions\MotionRescheduleMotDisq\SecondMotReschedule\Motion toReschd.ORDER.061020.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

1  _____
2  The Honorable Thomas S. Zilly
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Order on Deffendant's Motion to Reschedule or Strike Plaintiff's Motion to Disqualify - 2.

Z:\IPClient\Ascentive LLC v. Gordon\Ascentive v. Omni Innovations\Motions\MotionRescheduleMotDisq\SecondMotReschedule\Motion toReschd.ORDER.061020.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581