1

2   Floyd E. Ivey                                                    Hon. T.S. Zilly
    Liebler, Ivey, Connor, Berry & St. Hilaire
3   1141 N. Edison, Suite C
    P.O. Box 6125
4   Kennewick, WA 99336
    Telephone (509) 735-3581
5   Fax (509) 735-3585
    Attorneys for Defendant
6
    DOUGLAS E. MCKINLEY, JR.
7   Attorney At Law
    P.O. Box 202 Richland, Washington 99352
8   509-628-0809
    Fax (509) 628-2307
9   Attorney for Plaintiff

10  ROBERT J. SIEGEL
    1325 4th Ave Ste 940
11  Seattle, WA
    98101-2509

12

13

14              **IN THE UNITED STATES DISTRICT COURT**
                **FOR THE WESTERN DISTRICT OF WASHINGTON**
15

16  OMNI INNOVATIONS LLC et al          )   NO. CV-06-01284-TSZ
                                         )
17                                       )
              Plaintiffs                 )   **NOTICE OF APPEARANCE**
18                                       )   **FOR ADAM SCHRAN**
    ASCENTIVE, LLC                       )
19  a Delaware Limited Liability Company;)
    ADAM SCHRAN, individually and as part)
20  of his marital community; JOHN DOES, I-X)
                                         )
21            Defendants                 )
    _____)
22

23       You are hereby notified that the undersigned, Floyd E. Ivey, of the firm of

24  LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE, appear for and on behalf

25  of the defendant, ADAM SCHRAN individually and as part of his marital

26  community, and you are directed to serve all future papers and pleadings, except

27  process, upon said attorney at his address below stated.

28

Defendant Schran Notice of Appearance of Counsel - 1.
Z:\IPClient\Ascentive LLC v. Gordon\Ascentive v. Omni
Innovations\Motions\NtcAppearance.SCHRAN.061101.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

1   DATED this 1st day of November, 2006

3   LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE

By s/ FLOYD E. IVEY
FLOYD E. IVEY, WSBA #6888
Counsel for Defendant
1141 N. Edison, Suite C
Kennewick, WA 99336

I hereby certify that on November 1, 2006, I electronically filed **Notice of Appearance for Adam Schran** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Plaintiffs' counsel Robert J. Siegel and Douglas McKinley.

S/ FLOYD E. IVEY
FLOYD E. IVEY

Defendant Schran Notice of Appearance of Counsel - 2.
Z:\IPClient\Ascentive LLC v. Gordon\Ascentive v. Omni Innovations\Motions\NtcAppearance.SCHRAN.061101.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581