UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | |
|---|---|
| OMNI INNOVATIONS, LLC, a Washington Limited Liability company; EMILY ABBEY, an individual,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>ASCENTIVE, LLC, a Delaware limited liability company; ADAM SCHRAN, individually and as part of his marital community; JOHN DOES, I-X,<br><br>　　　　　　　　Defendants, | NO. 06-01284<br><br>PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO RESCHEDULE HEARING ON MOTION TO DISQUALIFY |

　　Defendants have moved to consolidate the hearing on Plaintiff's Motion To Disqualify Counsel, now noted for November 3rd, 2006 (set by the Court), with Defendants' Motion For Change Of Venue, noted for November 17, 2006.  Both motions appear to be noted without oral argument.

　　Plaintiffs object to this request because there is no obvious, nor even a rational link between the two motions.  Defendants have already once requested a rescheduling of the motion

PLAINTIFF'S RESPONSE TO DEFENDANTS'
MOTION TO RESCHEDULE MOTION TO
DISQUALIFY  -1

**MERKLE SIEGEL & FRIEDRICHSEN**
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-624-9392
Fax: 206-624-0717

1  to disqualify, in response to which the Court set the motion for November 3rd. All pleadings
2  responsive to that motion, including a Surreply by Defendants have been filed.

3  Since the motions are noted without oral argument, there should be no issue of
4  inconvenience. Further, in the event that Plaintiffs' motion to disqualify is granted, it is not
5  unreasonable to consider that, for their own convenience, Defendants may choose to retain
6  substitute counsel in Seattle or elsewhere in the Western District, making their own motion to
7  change venue moot.

8  Accordingly, there appear to be more factors weighing in favor of hearing the pending
9  motions as noted, and not consolidating these hearings.

**RESPECTFULLY SUBMITTED** this 2nd day of November, 2006.

| MERKLE SIEGEL & FRIEDRICHSEN, P.C. | DOUGLAS E. MCKINLEY, JR |
|---|---|
|  | Attorney at Law |
| /S/ Robert J. Siegel | /S/ Douglas E. McKinley, Jr. |
| Robert J. Siegel, WSBA #17312 | Douglas E. McKinley, Jr., WSBA #20806 |
| Attorney for Plaintiffs | Attorney for Plaintiffs |

PLAINTIFF'S RESPONSE TO DEFENDANTS'
MOTION TO RESCHEDULE MOTION TO
DISQUALIFY -2

**MERKLE SIEGEL & FRIEDRICHSEN**
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-624-9392
Fax: 206-624-0717

**Certificate of Service**

I, hereby, certify that on November 2, 2006, we filed this pleading with this Court. The Clerk of the Court will provide electronic notification system using the CM/ECF, which will send an electronic copy of this Notice to Floyd Ivey.

_/s/ Adana Lloyd_
Adana Lloyd

PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO RESCHEDULE MOTION TO DISQUALIFY -3

**MERKLE SIEGEL & FRIEDRICHSEN**
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-624-9392
Fax: 206-624-0717