UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OMNI INNOVATIONS, LLC, a Washington Limited Liability company; EMILY ABBEY, an individual,

　　　　　　　　　Plaintiffs,

v.

ASCENTIVE, LLC, a Delaware limited liability company; ADAM SCHRAN, individually and as part of his marital community; JOHN DOES, I-X,

　　　　　　　　　Defendants.

C06-1284Z

MINUTE ORDER

　　　The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

　　　(1)　The Court DENIES Defendants' Motion to Reschedule Plaintiffs' Motion to Disqualify Counsel Floyd E. Ivey, docket no. 24.

　　　(2)　The Court ORDERS that the briefing schedule be suspended for Defendants' Motion for Change of Venue, docket no. 22, until further order of the Court.

　　　(3)　The Court STAYS the case until the Court issues an Order on Plaintiffs' Motion to Disqualify Floyd E. Ivey.

//

//

//

MINUTE ORDER 1–

(4)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Filed and entered this 2nd day of November, 2006.

                                          BRUCE RIFKIN, Clerk

                                               s/ Claudia Hawney
By _____
                                            Claudia Hawney
                                            Deputy Clerk

MINUTE ORDER   2–