1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OMNI INNOVATIONS, LLC, a Washington
Limited Liability company; EMILY ABBEY,
an individual,

                         Plaintiffs,

v.

ASCENTIVE, LLC, a Delaware limited
liability company; ADAM SCHRAN,
individually and as part of his marital
community; JOHN DOES, I-X,

                         Defendants.

C06-1284Z

MINUTE ORDER

        The following Minute Order is made by direction of the Court, the Honorable Thomas
S. Zilly, United States District Judge:

        (1)    In light of the Court's Order disqualifying Mr. Ivey from representing
Defendants, the Court STRIKES without prejudice Defendants' Motion for Change of
Venue, docket no. 22, which was filed by Mr. Ivey.

        (2)    The Court LIFTS the stay, and ORDERS that Defendants shall have until
December 21, 2006 to find new counsel and to file an answer to the Amended Complaint.
Mr. Ivey shall remain as the attorney of record for Defendants until new counsel has made an
appearance on behalf of Defendants.

        (3)    The Court VACATES the deadlines set forth in the Court's Order, docket no.
6, and sets new deadlines as follows. The deadline for the FRCP 26(f) Conference is
January 19, 2007. The deadline for initial disclosures pursuant to FRCP26(a)(1) is February
2, 2007. The deadline for the Combined Joint Status Report is February 2, 2007.

MINUTE ORDER   1–

1        (4)    The Clerk is directed to send a copy of this Minute Order to all counsel of
record.

2

Filed and entered this 1st day of December, 2006.

3
                                                    BRUCE RIFKIN, Clerk
4

5                                                        s/ Claudia Hawney
                                            By _____
6                                                Claudia Hawney
                                                 Deputy Clerk
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER   2–