1

2   Floyd E. Ivey                                          Hon. Judge T. S. Zilly
    Liebler, Ivey, Connor, Berry & St. Hilaire
3   1141 N. Edison, Suite C
    P.O. Box 6125
4   Kennewick, WA 99336
    Telephone (509) 735-3581
5   Fax (509) 735-3585
    Attorneys for Defendant
6
    DOUGLAS E. MCKINLEY, JR.
7   Attorney At Law
    P.O. Box 202 Richland, Washington 99352
8   509-628-0809
    Fax (509) 628-2307
9   Attorney for Plaintiff

10  ROBERT J. SIEGEL
    1325 4th Ave Ste 940
11  Seattle, WA
    98101-2509
12

13

14              IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF WASHINGTON
15

16  OMNI INNOVATIONS LLC et al          )    NO.  CV-06-01284-TSZ
                                        )
17              Plaintiffs              )    DEFENDANT'S MOTION
                                        )    FOR RECONSIDERATION
18  ASCENTIVE, LLC                      )    OF THE ORDER
    a Delaware Limited Liability Company, )   DISQUALIFYING
19                                      )    COUNSEL FLOYD E. IVEY
                                        )
20              Defendant               )
    _____ )
21

22      Defendants now Move for Reconsideration of the Court's November 29, 2006

23  Order disqualifying Counsel Floyd E. Ivey.  This Motion is brought pursuant to Local

    Rule 7(h) and is supported by the Defendant's Memorandum in Support of Motion for
24
    Reconsideration.
25
                        DATED this 11st day of December, 2006.
26
                        **LIEBLER, IVEY, CONNOR, BERRY & ST.**
27                      **HILAIRE**

28

Defendant's Motion for Reconsideration - 1.
Z:\IPClient\Ascentive LLC v. Gordon\Ascentive v. Omni
Innovations\Motions\MotionDisqualify\Motion.RECONSIDER.draft.061203\Motion
ToDisqual.RECONSIDER.MOTION.061211.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

1

2     **s/ FLOYD E. IVEY**
      **Floyd E. Ivey, WSBA #6888**
3     **Attorneys for the Defendants Ascentive and Schran**

4

5          I hereby certify that on December 11, 2006, I electronically filed **Defendant's**
      **Motion for Reconsideration** with the Clerk of the Court using the CM/ECF System
6     which will send notification of such filing to Robert Siegel and Douglas McKinley.
      I hereby certify that I have served the foregoing to the following non-CM/ECF
7     participants by other means: NA.

8

9     S/ FLOYD E. IVEY
      FLOYD E. IVEY

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defendant's Motion for Reconsideration - 2.
Z:\IPClient\Ascentive LLC v. Gordon\Ascentive v. Omni
Innovations\Motions\MotionDisqualify\Motion.RECONSIDER.draft.061203\Motion
ToDisqual.RECONSIDER.MOTION.061211.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581