1

2  Floyd E. Ivey                                          Hon. Judge T. S. Zilly
   Liebler, Ivey, Connor, Berry & St. Hilaire
3  1141 N. Edison, Suite C
   P.O. Box 6125
4  Kennewick, WA 99336
   Telephone (509) 735-3581
5  Fax (509) 735-3585
   Attorneys for Defendant
6
   DOUGLAS E. MCKINLEY, JR.
7  Attorney At Law
   P.O. Box 202 Richland, Washington 99352
8  509-628-0809
   Fax (509) 628-2307
9  Attorney for Plaintiff

10 ROBERT J. SIEGEL
   1325 4th Ave Ste 940
11 Seattle, WA
   98101-2509

12

13

14                **IN THE UNITED STATES DISTRICT COURT**
                  **FOR THE WESTERN DISTRICT OF WASHINGTON**
15

16 OMNI INNOVATIONS LLC et al        )    NO. CV-06-01284-TSZ
                                     )
17              Plaintiffs           )    ORDER ON
                                     )    DEFENDANT'S
18 ASCENTIVE, LLC                    )    MOTION FOR
                                     )    RECONSIDERATION
19 a Delaware Limited Liability Company, )  OF ORDER DISQUALIFYING
                                     )    COUNSEL FLOYD E. IVEY
20              Defendant            )
   _____ )
21      The Court having considered Defendants' Motion for Reconsideration of the

22 Order of November 29, 2006 disqualifying Counsel Floyd E. Ivey now (grants)

23 (denies) said Motion.

24              Done this _____day of _____, 200____.

25

26              _____
                Judge T. S. Zilly, Federal District Court for the Western
27              District of Washington

28

Order on Defendant's Motion for Reconsideration - 1.                LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Z:\IPClient\Ascentive LLC v. Gordon\Ascentive v. Omni                           Attorneys at Law
Innovations\Motions\MotionDisqualify\Motion.RECONSIDER.draft.061203\Motion        P.O. Box 6125
ToDisqual.RECONSIDER.ORDER.061211.wpd                              Kennewick, Washington 99336-0125
                                                                      (509) 735-3581