1

2  Floyd E. Ivey                                               Hon. Judge T. S. Zilly
   Liebler, Ivey, Connor, Berry & St. Hilaire
3  1141 N. Edison, Suite C
   P.O. Box 6125
4  Kennewick, WA 99336
   Telephone (509) 735-3581
5  Fax (509) 735-3585
   Attorneys for Defendant
6
   DOUGLAS E. MCKINLEY, JR.
7  Attorney At Law
   P.O. Box 202 Richland, Washington 99352
8  509-628-0809
   Fax (509) 628-2307
9  Attorney for Plaintiff

10 ROBERT J. SIEGEL
   1325 4th Ave Ste 940
11 Seattle, WA
   98101-2509

12

13

14 **IN THE UNITED STATES DISTRICT COURT
   FOR THE WESTERN DISTRICT OF WASHINGTON**

15

16 | OMNI INNOVATIONS LLC et al | ) | NO. CV-06-01284-TSZ |
| --- | --- | --- |
| | ) | |
17 | | ) | |
| Plaintiffs | ) | DEFENDANT'S NOTICE |
18 | | ) | OF MOTION FOR |
| ASCENTIVE, LLC | ) | RECONSIDERATION |
19 | a Delaware Limited Liability Company, | ) | OF ORDER DISQUALIFYING |
| | ) | COUNSEL FLOYD E. IVEY |
20 | Defendant | ) | |

21     Defendant now notices Defendant's Motion for Reconsideration of the

22 November 29, 2006 Order disqualifying Counsel Floyd E. Ivey, for hearing, in

23 accordance with Local Rule 7(h), on the day of filing of December 11, 2006.

24                          DATED this 11st day of December, 2006.

25

26                          **LIEBLER, IVEY, CONNOR, BERRY & ST.**

27                          **HILAIRE**

28

Defendant's Notice of Hearing of Motion for Reconsideration - 1.
Z:\IPClient\Ascentive LLC v. Gordon\Ascentive v. Omni
Innovations\Motions\MotionDisqualify\Motion.RECONSIDER.draft.061203\Motion
ToDisqual.RECONSIDER.NOTICE.061211.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

 

**s/ FLOYD E. IVEY**
**Floyd E. Ivey, WSBA #6888**
**Attorneys for the Defendants Ascentive and Schran**

 

I hereby certify that on December 11, 2006, I electronically filed **Defendant's Notice of Hearing of Motion for Reconsideration of Order Disqualifying counsel Floyd E. Ivey** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Robert Siegel and Douglas McKinley. I hereby certify that I have served the foregoing to the following non-CM/ECF participants by other means: NA.

S/ FLOYD E. IVEY
FLOYD E. IVEY

---

Defendant's Notice of Hearing of Motion for Reconsideration - 2.
Z:\IPClient\Ascentive LLC v. Gordon\Ascentive v. Omni Innovations\Motions\MotionDisqualify\Motion.RECONSIDER.draft.061203\Motion ToDisqual.RECONSIDER.NOTICE.061211.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581