1

2   Floyd E. Ivey                                    Hon. Judge T. S. Zilly
    Liebler, Ivey, Connor, Berry & St. Hilaire
3   1141 N. Edison, Suite C
    P.O. Box 6125
4   Kennewick, WA 99336
    Telephone (509) 735-3581
5   Fax (509) 735-3585
    Attorneys for Defendant
6
    DOUGLAS E. MCKINLEY, JR.
7   Attorney At Law
    P.O. Box 202 Richland, Washington 99352
8   509-628-0809
    Fax (509) 628-2307
9   Attorney for Plaintiff

10  ROBERT J. SIEGEL
    1325 4th Ave Ste 940
11  Seattle, WA
    98101-2509

12

13

14              **IN THE UNITED STATES DISTRICT COURT**
            **FOR THE WESTERN DISTRICT OF WASHINGTON**
15

16  OMNI INNOVATIONS LLC et al          )      NO.  CV-06-01284-TSZ
                                        )
17                                      )
                Plaintiffs              )      DEFENDANT'S PETITION
18                                      )      FOR STAY PENDING
    ASCENTIVE, LLC                      )      RECONSIDERATION OF
19  a Delaware Limited Liability Company, )    ORDER DISQUALIFYING
                                        )      COUNSEL FLOYD E. IVEY
20              Defendant               )      OR UNTIL WRIT OF
    _____ )        MANDAMUS FILED
21
            Defendants now Petition for A Stay of the Order disqualifying Counsel Ivey
22
    of November 29, 2006 and the Court's Minute Order of December 1, 2006
23
    pending hearing of Defendants' Motion for Reconsideration of the Court's
24
    November 29, 2006 Order disqualifying Counsel Floyd E. Ivey. This Motion is
25
    brought pursuant to Local rule 7(d)(2)(A) re: seeking relief from a deadline or
26
    limit.  This motion supported by Defendants' Memorandum supporting Petition for
27
    Stay and the Declaration of Floyd E. Ivey in Support of Petition for Stay.
28

Defendant's Motion for Reconsideration - 1.                    LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Z:\IPClient\Ascentive LLC v. Gordon\Ascentive v. Omni                    Attorneys at Law
Innovations\Motions\MotionDisqualify\Motion.Stay.Mandamus.061209\Motion              P.O. Box 6125
ToSTAY.MANDAMUS.MOTION.061212.wpd                              Kennewick, Washington 99336-0125
                                                                     (509) 735-3581

DATED this 12st day of December, 2006.

**LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE**

**s/ FLOYD E. IVEY**
**Floyd E. Ivey, WSBA #6888**
**Attorneys for the Defendants Ascentive and Schran**

    I hereby certify that on December 12, 2006, I electronically filed **Defendant's Motion for Stay** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Robert Siegel and Douglas McKinley. I hereby certify that I have served the foregoing to the following non-CM/ECF participants by other means: NA.

S/ FLOYD E. IVEY
FLOYD E. IVEY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Defendant's Motion for Reconsideration - 2**.**
Z:\IPClient\Ascentive LLC v. Gordon\Ascentive v. Omni
Innovations\Motions\MotionDisqualify\Motion.Stay.Mandamus.061209\Motion
ToSTAY.MANDAMUS.MOTION.061212.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581