1

2   Floyd E. Ivey                                  Hon. Judge T. S. Zilly
Liebler, Ivey, Connor, Berry & St. Hilaire
3   1141 N. Edison, Suite C
P.O. Box 6125
4   Kennewick, WA 99336
Telephone (509) 735-3581
5   Fax (509) 735-3585
Attorneys for Defendant

6

7   DOUGLAS E. MCKINLEY, JR.
Attorney At Law
P.O. Box 202 Richland, Washington 99352
8   509-628-0809
Fax (509) 628-2307
9   Attorney for Plaintiff

10   ROBERT J. SIEGEL
1325 4th Ave Ste 940
11   Seattle, WA
98101-2509

12

13

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| OMNI INNOVATIONS LLC et al ) | NO. CV-06-01284-TSZ |
| ) | |
| Plaintiffs ) | ORDER ON DEFENDANTS' PETITION FOR STAY |
| ) | |
| ASCENTIVE, LLC ) | |
| a Delaware Limited Liability Company, ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

The Court having considered Defendants' Petition for Stay of this matter pending hearing of Defendants' Motion for Reconsideration and pending deadlines and limits per the Courts' Minute Order of December 1, 2006 now (grants) (denies) Defendants' Petition for Stay and does hereby Stay these proceedings until_____ by which time Defendants will have had opportunity to file a Writ of Mandamus.

Order on Defendant's Petition for Stay - 1.

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

Dockets.Justia.com

1                            DATED this _____ day of _____, 200___.

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Order on Defendant's Petition for Stay - 2.
                                                        LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581