# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT
## NO.
## DC# CV-06-01284-TSZ
## Western Washington (Seattle)

---

### IN RE: ASCENTIVE LLC and ADAM SCHRAN,

#### Petitioners,

### UNITED STATES DISTRICT COURT FOR
### THE WESTERN DISTRICT OF WASHINGTON,

#### Respondent,

### OMNI LLC et al,

#### Real Parties in Interest

---

### FIRST AMENDED EMERGENCY PETITION FOR
### WRIT OF MANDAMUS OR PROHIBITION OR TO STAY
### PROCEEDINGS
### UNDER CIRCUIT RULE 27-3

---

Floyd E. Ivey, WSBA #6888
        pro hac vice
William J. Connor, WSBA #8234
**Liebler, Ivey, Connor, Berry & St.
Hilaire**
1141 North Edison, Suite C
P. O. Box 6125
Kennewick, Washington 99336
Telephone: 509-735-3581
Facsimile:  509-735-3585

**Attorneys for Petitioners**

## CORPORATE DISCLOSURES

ASCENTIVE LLC is a privately held corporation.

**(I)**     **Attorneys of Record**

| | |
|---|---|
| Douglas E. McKinley | Robert Siegel |
| Box 202 | 1325 4th Ave. Suite 940 |
| Richland, Wa. 99352 | Seattle, Wa. 98101-2509 |
| 509 628 0809 | 206 624 9392 |
| 509 628 2307 | 206 624 0717 |

**ATTORNEYS FOR OMNI LLC et al.**


Floyd E. Ivey
LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
P.O. Box 6125
1141 North Edison Street, Suite C
Kennewick, WA 99336
509-735-3581

**ATTORNEYS FOR PETITIONERS**

**(II)** **First Amended Statement of Facts Showing The Existence of an Emergency.**

Petitioners filed an Emergency Petition for Writ of Mandamus, on December 20, 2006, seeking relief from the December 21, 2006 deadline requiring Defendants to obtain new counsel and file an Answer.  Thereafter the Court of the Western District of Washington filed its Minute Order Denying Defendants' Motion for Reconsideration of the November 29, 2006 Order disqualifying counsel and Granting Defendants' Motion for Stay of the Minute Order of December 1, 2006 requiring Defendants to obtain new counsel and file an Answer with the Stay granted until January 29, 2006 at which time Defendants are to file a status report.

In light of the Western District of Washington Granting the Motion for Stay, the relief sought by Defendants herein in their Emergency Petition for relief by December 21, 2006 is rendered unnecessary.  Defendants hereby withdraw the requested relief by December 21, 2006.  Defendants' withdrawal of their request for relief by December 21, 2006 has been communicated to the Circuit Court via teleconference of December 20, 2006.

However, the Petition remains an Emergency Petition in that Defendants' Motion for Reconsideration has been denied.  Petitioner Defendants will amend their Emergency Petition for Mandamus or Prohibition and will seek relief from the Order requiring disqualification of Counsel.  This amended Emergency Petition

will be promptly filed with the Circuit Court.

Respectfully submitted this 21st day of December, 2006.

LIEBLER, IVEY, CONNOR, BERRY &
ST. HILAIRE

S/ FLOYD E. IVEY

Floyd E. Ivey, WSBA #6888
Attorneys for Petitioners

**(III)** **Certificate of Service.**

I hereby certify that a true and correct copy of the foregoing First
Amendment of Emergency Petition for Writ of Mandamus has been served upon
Judge T. S. Zilly, United States District Court for the Western  District of
Washington, and counsel of record for Omni LLC et al, Douglas E. McKinley, Box
202, Richland, Washington, and Robert Siegel, 1325 4th Ave. Suite 940, Seattle,
Wa. 98101-2509 via ECF filing with the Western District Court on this 21[th] day of
December, 2006 and upon the 9th Circuit Court of Appeals by U.S. Mail on
December 21, 2006 to 95 Seventh St., San Francisco, Ca., 94103-1518.

S/ FLOYD E. IVEY

Floyd E. Ivey, WSBA #6888
Liebler, Ivey, Connor, Berry & St. Hilaire
Attorneys for the Petitioners