Omni Innovations LLC v. Ascentive LLC et al                                                                Doc. 53

Case 2:06-cv-01284-JCC   Document 53   Filed 12/22/2006   Page 1 of 6
Case 2:06-cv-01284-TSZ   Document 21   Filed 11/01/2006   Page 1 of 3

The. Hon. Thomas Zilly

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | |
|---|---|
| OMNI INNOVATIONS, LLC, a Washington Limited Liability company; EMILY ABBEY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>ASCENTIVE, LLC, a Delaware limited liability company; ADAM SCHRAN, individually and as part of his marital community; JOHN DOES, I-X,<br><br>Defendants, | NO. 06-01284<br><br>DECLARATION OF JAMES S. GORDON, JR. IN REPLY RE MOTION TO DISQUALIFY COUNSEL |

James S. Gordon, Jr. declares as follows:

1) I, James S. Gordon, Jr., am the principal member and owner of Omni Innovations, LLC ("Omni") the Plaintiff in the above captioned lawsuit. I am over the age of 18 and am otherwise competent to testify.

2) As I stated in my initial declaration, in 2000, I retained the legal services of Floyd E. Ivey to assist me in drafting contracts for Omni among other matters. Mr. Ivey's firm invoiced me, and I paid them. After searching through some of

---

DECLARATION OF JAMES S. GORDON, JR.
IN REPLY RE MOTION TO DISQUALIFY DEFENDANTS'
COUNSEL

MERKLE SIEGEL & FRIEDRICHSEN
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-624-9392
Fax: 206-624-0717

EXHIBIT 4 to Second Amended Petition for Writ of Mandamus

my old records, I have recently found two of the billings for that period. (See billing from Mr. Ivey's firm attached hereto as Exhibit "A").

I declare under penalty of perjury under the laws of the State of Washington and of the United States that the foregoing is true and correct. Signed this 31st day of October, 2006

_____
James S. Gordon, Jr. for Omni Innovations, LLC
as its owner and managing member.

DECLARATION OF JAMES S. GORDON, JR.
IN REPLY RE MOTION TO DISQUALIFY DEFENDANTS'
COUNSEL

MERKLE SIEGEL & FRIEDRICHSEN
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-624-9392
Fax: 206-624-0717

7

CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Floyd E. Ivey,

        Adana Lloyd
        MERKLE, SIEGEL, & FRIEDRICHSEN, P.C.
        DATE: NOVEMBER 1, 2006

        BY: *Adana Lloyd*
        ADANA LLOYD
        1325 FOURTH AVENUE, SUITE 940
        SEATTLE, WA 98101
        TELEPHONE: 206.624.9392
        FAX: 206.624.0717

DECLARATION OF JAMES S. GORDON, JR.
IN REPLY RE MOTION TO DISQUALIFY DEFENDANTS'
COUNSEL

**MERKLE SIEGEL & FRIEDRICHSEN**
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-624-9392
Fax: 206-624-0717

**EXHIBIT A**

# LIEBLER, IVEY & CONNOR, P.S.
### Attorneys at Law

*Craig M. Liebler*
*Floyd E. Ivey +*
*William J. Connor*

*Janet E. Taylor - Associate*

The Edison Professional Building
1141 N. Edison Street, Suite C
P.O. Box 6125
Kennewick, Washington 99336-0125

Telephone (509) 735-3581
Facsimile (509) 735-3585

+ *Registered Patent Attorney:*
*Patents, Trademarks,*
*Copyrights, Licensing,*
*Litigation and Other*
*Intellectual Property Matters*

\* *www.LieblerIvey.com*

```
                                                            Page: 1
Jim Gordon                                         August 28, 2000
1419 Jadwin Avenue                         Account No:   1445-001M
Richland  WA  99352                        Statement No:         1


RE: Copyright/Trademark/Patent
                                                  Interim Statement


                              Fees

                                                    Rate    Hours

08/11/00 FEI Conference with Mr. Jim Gordon with review
             of issues related to 1. word game, 2.
             Cyclarm/motorcycle alarm, 3. Teen concepts
             and 4. HGH/agreements; discussion of
             projects and issues for focus and or
             priority of attempting the indicated
             projects; discussion of
             agreement/confidentiality agreements
             related to HGH with options in
             contracting.                          195.00    0.75   146.25

         For Current Services Rendered                       0.75   146.25

         Total Current Work                                         146.25

         Balance Due                                              $146.25
```

**LIEBLER, IVEY & CONNOR**
1141 N. Edison St., #C, P.O. Box 6125  (509) 735-3581
Kennewick, Washington 99336

Date Sept 15, 2000

Dancing Wolf, Inc. (Jim Gordon)

One hundred forty six + 25/100 Dollars $146.25

fees

THANK YOU!

10 X

# LIEBLER, IVEY & CONNOR, P.S. *

### Attorneys at Law

The Edison Professional Building
1141 N. Edison Street, Suite C
P.O. Box 6125
Kennewick, Washington 99336-0125

Telephone (509) 735-3581
Facsimile (509) 735-3585

Craig M. Liebler
Floyd E. Ivey +
William J. Connor

Alicia M. Berry - Associate
Ronald F. St. Hilaire - Associate

+ *Registered Patent Attorney:*
*Patents, Trademarks,*
*Copyrights, Licensing,*
*Litigation and Other*
*Intellectual Property Matters*

* *www.LieblerIvey.com*

Page: 1
May 24, 2002
Account No: 1445-001M
Statement No: 3

Jim Gordon
1419 Jadwin Avenue
Richland WA 99352

Interim Statement

RE: Copyright/Trademark/Patent

Fees

| | | Rate | Hours | |
|---|---|---|---|---|
| 05/03/02 FEI | Review email from Mr. Gordon re: need for confidentiality agreement. Prepare Confidential Disclosure Agreement and email with comments to Mr. Gordon. Email to Mr. Gordon re: trademark issues. | 215.00 | 0.60 | 129.00 |
| | For Current Services Rendered | | 0.60 | 129.00 |
| | Total Current Work | | | 129.00 |
| | PLEASE REMIT BALANCE DUE: | | | $129.00 |