Omni Innovations LLC v. Ascentive LLC et al                                                                                    Doc. 55

Case 2:06-cv-01284-JCC   Document 55   Filed 12/22/2006   Page 1 of 2
Case 2:06-cv-01284-TSZ   Document 31   Filed 12/01/2006   Page 1 of 2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OMNI INNOVATIONS, LLC, a Washington Limited Liability company; EMILY ABBEY, an individual,

    Plaintiffs,

v.

ASCENTIVE, LLC, a Delaware limited liability company; ADAM SCHRAN, individually and as part of his marital community; JOHN DOES, I-X,

    Defendants.

C06-1284Z

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    In light of the Court's Order disqualifying Mr. Ivey from representing Defendants, the Court STRIKES without prejudice Defendants' Motion for Change of Venue, docket no. 22, which was filed by Mr. Ivey.

    (2)    The Court LIFTS the stay, and ORDERS that Defendants shall have until December 21, 2006 to find new counsel and to file an answer to the Amended Complaint. Mr. Ivey shall remain as the attorney of record for Defendants until new counsel has made an appearance on behalf of Defendants.

    (3)    The Court VACATES the deadlines set forth in the Court's Order, docket no. 6, and sets new deadlines as follows. The deadline for the FRCP 26(f) Conference is January 19, 2007. The deadline for initial disclosures pursuant to FRCP26(a)(1) is February 2, 2007. The deadline for the Combined Joint Status Report is February 2, 2007.

MINUTE ORDER 1–

EXHIBIT ___7___ to Second Amended Petition for Writ of Mandamus

(4)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Filed and entered this 1st day of December, 2006.

          BRUCE RIFKIN, Clerk

             s/ Claudia Hawney
         By _____
           Claudia Hawney
           Deputy Clerk

MINUTE ORDER   2–