Omni Innovations LLC v. Ascentive LLC et al  Doc. 56

Case 2:06-cv-01284-JCC  Document 56  Filed 12/22/2006  Page 1 of 5
Case 2:06-cv-01284-TSZ  Document 32  Filed 12/11/2006  Page 1 of 2

|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 | Floyd E. Ivey | Hon. Judge T. S. Zilly |
|   | Liebler, Ivey, Connor, Berry & St. Hilaire |   |
| 3 | 1141 N. Edison, Suite C |   |
|   | P.O. Box 6125 |   |
| 4 | Kennewick, WA 99336 |   |
|   | Telephone (509) 735-3581 |   |
| 5 | Fax (509) 735-3585 |   |
|   | Attorneys for Defendant |   |

DOUGLAS E. MCKINLEY, JR.
Attorney At Law
P.O. Box 202 Richland, Washington 99352
509-628-0809
Fax (509) 628-2307
Attorney for Plaintiff

ROBERT J. SIEGEL
1325 4th Ave Ste 940
Seattle, WA
98101-2509

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| OMNI INNOVATIONS LLC et al | ) | NO. CV-06-01284-TSZ |
|---|---|---|
|  | ) |  |
| Plaintiffs | ) | DEFENDANT'S MOTION |
|  | ) | FOR RECONSIDERATION |
| ASCENTIVE, LLC | ) | OF THE ORDER |
| a Delaware Limited Liability Company, | ) | DISQUALIFYING |
|  | ) | COUNSEL FLOYD E. IVEY |
| Defendant | ) |  |

Defendants now Move for Reconsideration of the Court's November 29, 2006 Order disqualifying Counsel Floyd E. Ivey. This Motion is brought pursuant to Local Rule 7(h) and is supported by the Defendant's Memorandum in Support of Motion for Reconsideration.

DATED this 11st day of December, 2006.

**LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE**

Defendant's Motion for Reconsideration - 1.
Z:\IPClient\Ascentive LLC v. Gordon\Ascentive v. Omni Innovations\Motions\MotionDisqualify\Motion.RECONSIDER.draft.061203\Motion ToDisqual.RECONSIDER.MOTION.061211.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

EXHIBIT 8 to Second Amended Petition for Writ of Mandamus    EXHIBIT 2 to Petition for Writ of Mandamus

Dockets.Justia.com

1

       s/ FLOYD E. IVEY
2        Floyd E. Ivey, WSBA #6888
       Attorneys for the Defendants Ascentive and
3        Schran

4

5     I hereby certify that on December 11, 2006, I electronically filed **Defendant's Motion for Reconsideration** with the Clerk of the Court using the CM/ECF System
6 which will send notification of such filing to Robert Siegel and Douglas McKinley. I hereby certify that I have served the foregoing to the following non-CM/ECF
7 participants by other means: NA.

8

       S/ FLOYD E. IVEY
9        FLOYD E. IVEY

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defendant's Motion for Reconsideration - 2.
Z:\IPClient\Ascentive LLC v. Gordon\Ascentive v. Omni
Innovations\Motions\MotionDisqualify\Motion.RECONSIDER.draft.061203\Motion
ToDisqual.RECONSIDER.MOTION.061211.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

1

2  Floyd E. Ivey                                       Hon. Judge T. S. Zilly
   Liebler, Ivey, Connor, Berry & St. Hilaire
3  1141 N. Edison, Suite C
   P.O. Box 6125
4  Kennewick, WA 99336
   Telephone (509) 735-3581
5  Fax (509) 735-3585
   Attorneys for Defendant
6
   DOUGLAS E. MCKINLEY, JR.
7  Attorney At Law
   P.O. Box 202 Richland, Washington 99352
8  509-628-0809
   Fax (509) 628-2307
9  Attorney for Plaintiff

10 ROBERT J. SIEGEL
   1325 4th Ave Ste 940
11 Seattle, WA
   98101-2509
12

13

14              IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF WASHINGTON
15

16 OMNI INNOVATIONS LLC et al         )   NO. CV-06-01284-TSZ
                                      )
17                                    )   ORDER ON
              Plaintiffs              )   DEFENDANT'S
18                                    )   MOTION FOR
   ASCENTIVE, LLC                     )   RECONSIDERATION
19 a Delaware Limited Liability Company, ) OF ORDER DISQUALIFYING
                                      )   COUNSEL FLOYD E. IVEY
20            Defendant               )
                                      )
21         The Court having considered Defendants' Motion for Reconsideration of the

22 Order of November 29, 2006 disqualifying Counsel Floyd E. Ivey now (grants)

23 (denies) said Motion.

24                  Done this _____ day of _____, 200____.

25

26         _____
           Judge T. S. Zilly, Federal District Court for the Western
27         District of Washington

28

Order on Defendant's Motion for Reconsideration - 1.         LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Z:\IPClient\Ascentive LLC v. Gordon\Ascentive v. Omni                    Attorneys at Law
Innovations\Motions\MotionDisqualify\Motion.RECONSIDER.draft.061203\Motion     P.O. Box 6125
ToDisqual.RECONSIDER.ORDER.061211.wpd                          Kennewick, Washington 99336-0125
                                                                        (509) 735-3581

1
2  Floyd E. Ivey                                    Hon. Judge T. S. Zilly
   Liebler, Ivey, Connor, Berry & St. Hilaire
3  1141 N. Edison, Suite C
   P.O. Box 6125
4  Kennewick, WA 99336
   Telephone (509) 735-3581
5  Fax (509) 735-3585
   Attorneys for Defendant
6
   DOUGLAS E. MCKINLEY, JR.
7  Attorney At Law
   P.O. Box 202 Richland, Washington 99352
8  509-628-0809
   Fax (509) 628-2307
9  Attorney for Plaintiff

10 ROBERT J. SIEGEL
   1325 4th Ave Ste 940
11 Seattle, WA
   98101-2509
12
13
14              IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF WASHINGTON
15
16 OMNI INNOVATIONS LLC et al          )   NO. CV-06-01284-TSZ
                                       )
17                                     )
              Plaintiffs               )   DEFENDANT'S NOTICE
18                                     )   OF MOTION FOR
   ASCENTIVE, LLC                      )   RECONSIDERATION
19 a Delaware Limited Liability Company,)  OF ORDER DISQUALIFYING
                                       )   COUNSEL FLOYD E. IVEY
20            Defendant                )
                                       )
21         Defendant now notices Defendant's Motion for Reconsideration of the

22 November 29, 2006 Order disqualifying Counsel Floyd E. Ivey, for hearing, in

23 accordance with Local Rule 7(h), on the day of filing of December 11, 2006.

24                    DATED this 11st day of December, 2006.

25

26                    **LIEBLER, IVEY, CONNOR, BERRY & ST.**

27                    **HILAIRE**

28

Defendant's Notice of Hearing of Motion for Reconsideration - 1.          LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Z:\IPClient\Ascentive LLC v. Gordon\Ascentive v. Omni                              Attorneys at Law
Innovations\Motions\MotionDisqualify\Motion.RECONSIDER.draft.061203\Motion             P.O. Box 6125
ToDisqual.RECONSIDER.NOTICE.061211.wpd                                        Kennewick, Washington 99336-0125
                                                                                      (509) 735-3581

s/ FLOYD E. IVEY
Floyd E. Ivey, WSBA #6888
Attorneys for the Defendants Ascentive and Schran

I hereby certify that on December 11, 2006, I electronically filed **Defendant's Notice of Hearing of Motion for Reconsideration of Order Disqualifying counsel Floyd E. Ivey** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Robert Siegel and Douglas McKinley. I hereby certify that I have served the foregoing to the following non-CM/ECF participants by other means: NA.

S/ FLOYD E. IVEY
FLOYD E. IVEY

Defendant's Notice of Hearing of Motion for Reconsideration - 2.
Z:\IPClient\Ascentive LLC v. Gordon\Ascentive v. Omni Innovations\Motions\MotionDisqualify\Motion.RECONSIDER.draft.061203\Motion ToDisqual.RECONSIDER.NOTICE.061211.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581