UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | |
|---|---|
| OMNI INNOVATIONS, LLC, a Washington Limited Liability company; EMILY ABBEY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>ASCENTIVE, LLC, a Delaware limited liability company; ADAM SCHRAN, individually and as part of his marital community; JOHN DOES, I-X,<br><br>Defendants, | NO. 06-01284<br><br>NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

TO:      Clerk of Court

AND TO:   Defendants, and their attorneys

PLEASE TAKE NOTICE that i.Justice Law, P.C. is hereby substituted for Merkle, Siegel, & Friedrichsen, P.C. as counsel of record for Plaintiffs Omni Innovations, LLC and Emily Abbey in this matter. Copies of all further papers and proceedings herein, except original service of process, shall be served upon the undersigned at the following address:

| | |
|---|---|
| NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL  -1 | i.Justice Law, P.C.<br>1325 Fourth Ave., Suite 940<br>Seattle, WA 98101<br>Phone: 206-304-5400<br>Fax: 206-624-0717 |

Robert J. Siegel
i.Justice Law, P.C.
1325 Fourth Avenue, Suite 940
Seattle, WA 98101
Phone: 206.304.5400
Fax: 206.624.0717

Dated: January 17, 2007

i.Justice Law, P.C.

By: /S/ ROBERT J. SIEGEL
Robert J. Siegel, WSBA #17312
Attorney for Plaintiffs

The undersigned consents to his withdrawal as counsel for Plaintiffs and to the substitution of i.Justice Law, P.C. as counsel for Plaintiffs.

Dated: January 17, 2007

Merkle, Siegel, & Friedrichsen, P.C.

By: /s/ Robert J. Siegel
Robert J. Siegel, WSBA #17312

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL -2

i.Justice Law, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-304-5400
Fax: 206-624-0717

Certificate of Service

1

2  I, hereby, certify that on January 17, 2007, we filed this pleading with this Court. The Clerk of

3  the Court will provide electronic notification system using the CM/ECF, which will send an

4  electronic copy of this Notice to all parties.

5

6  *Adana Lloyd* (signature)

7  Adana Lloyd

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25  NOTICE OF WITHDRAWAL AND SUBSTITUTION
OF COUNSEL -3

i.Justice Law, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-304-5400
Fax: 206-624-0717