# UNITED STATES DISTRICT COURT

_____Western District of Washington, Seattle_____

| | |
|---|---|
| **OMNI INNOVATIONS, LLC,** A Washington Limited Liability Company; **EMILY ABBEY,** an individual,<br><br>V.<br><br>**ASCENTIVE, LLC,** a Delaware Corporation, **ADAM SCHRAN,** individually and as part of his marital community; **JOHN DOES, I-X,** | **SUMMONS IN A CIVIL CASE**<br><br><br><br>CASE NUMBER: 06-01284 |

TO:   ADAM SCHRAN
      201 Spring Garden Street
      Suite 400
      Philadelphia, PA 19123

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY,

Robert J. Siegel
1325 Fourth Avenue
Suite 940
Seattle, WA 98101

an answer to the complaint which is served on you with this summons, within ____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____        _____
CLERK                                  DATE


_____
(By) DEPUTY CLERK