Omni Innovations LLC v. Ascentive LLC et al                                                                                                                    Doc. 61
Case 2:06-cv-01284-JCC   Document 61   Filed 01/26/2007   Page 1 of 1

**FILED**

UNITED STATES COURT OF APPEALS

JAN 23 2007

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ASCENTIVE LLC; et al., <br><br> Petitioners, <br><br> v. <br><br> UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON, <br><br> Respondent, <br><br> OMNI INNOVATIONS LLC; et al, <br><br> Real Parties in Interest. | No. 06-75732 <br><br> D.C. No. CV-06-01284-TSZ <br> Western District of Washington, Seattle <br><br><br> ORDER |

Before: SILVERMAN, PAEZ and BYBEE, Circuit Judges.

Petitioners have not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Specifically, petitioners have not established that the district court's order disqualifying Floyd Ivey, Esq. as counsel for the petitioners was clearly erroneous as a matter of law. *See id.* at 654-55. Accordingly, the emergency petition for writ of mandamus is denied.



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JAN 23 2007

by: _____
Deputy Clerk

06-CV-01284-MAN

Dockets.Justia.com