1

2   Floyd E. Ivey
    Liebler, Ivey, Connor, Berry & St. Hilaire
3   1141 N. Edison, Suite C
    P.O. Box 6125
4   Kennewick, WA 99336
    Telephone (509) 735-3581
5   Fax (509) 735-3585
    Attorneys for Defendant
6
    DOUGLAS E. MCKINLEY, JR.
7   Attorney At Law
    P.O. Box 202 Richland, Washington 99352
8   509-628-0809
    Fax (509) 628-2307
9   Attorney for Plaintiff

10  ROBERT J. SIEGEL
    1325 4th Ave Ste 940
11  Seattle, WA
    98101-2509

12

13

14              IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF WASHINGTON
15

16  OMNI INNOVATIONS LLC et al        )      NO.  CV-06-01284
                                      )
17              Plaintiffs            )      REPORT TO THE COURT RE:
                                      )      PETITION FOR WRIT
18  ASCENTIVE, LLC                    )      OF MANDAMUS
    a Delaware Limited Liability Company,  )
19                                    )
                                      )
20              Defendant             )
    _____ )
21

22
            The Defendants have Petitioned for a Writ of Mandamus.  By Minute Order
23
    of this Court Defendants are to Report to this Court by January 29, 2007.
24
            Defendants' received notice on Friday, January 26, 2007, that the Petition
25
    for a Writ of Mandamus was denied.  Accordingly Defendants' request the Court
26
    to allow the Defendants' until February 20, 2007 to examine its available responses
27
    to the Denial of the Petition, and, absent further action with the Ninth Circuit, to
28

Defendants' Report to the Court - 1.                    LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Z:\IPClient\Ascentive  LLC  v.  Gordon\Ascentive  v.  Omni              Attorneys at Law
Innovations\Motions\MotionDisqualify\Report.Petitionfor Mandamus.070129.wpd        P.O. Box 6125
                                                                Kennewick, Washington 99336-0125
                                                                       (509) 735-3581

Dockets.Justia.com

1    obtain substitute counsel.

2         Dated this 29th day of January, 2007.

3

4                                S/FLOYD E. IVEY
                            FLOYD E. IVEY, WSBA #6888

5                                Attorneys for Defendants

6

7

8         I hereby certify that on January 29, 2007, I electronically filed **Defendants'**

9    **Report to the Court** with the Clerk of the Court using the CM/ECF System which

10   will send notification of such filing to the following: Robert Siegel and Douglas

11   McKinley.

12

13                               S/ FLOYD E. IVEY

14                               FLOYD E. IVEY

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defendants' Report to the Court - 2.
Z:\IPClient\Ascentive LLC v. Gordon\Ascentive v. Omni
Innovations\Motions\MotionDisqualify\Report.Petitionfor Mandamus.070129.wpd