1                  The Honorable Thomas S. Zilly

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| OMNI INNOVATIONS, LLC, a Washington limited liability company; Emily Abbey, an individual,<br><br>                      Plaintiffs,<br><br>    v.<br><br>ASCENTIVE, LLC, a Delaware limited liability company; ADAM SCHRAN, individually and as part of his marital community; JOHN DOES, I-X,<br><br>                      Defendants. | No. 06-CV-01284 TSZ<br><br>**NOTICE OF APPEARANCE FOR DEFENDANTS ASCENTIVE, LLC AND ADAM SCHRAN** |

       PLEASE TAKE NOTICE THAT DEFENDANTS ASCENTIVE, LLC AND ADAM SCHRAN, without waiving objections as to lack of or improper service, service of process, venue, or jurisdiction, enters an appearance in this action by and through the undersigned attorneys. Please serve all further papers, notices, and correspondence relating to the this matter, except original process, on the attorneys referenced below at the address as stated.

       DATED this 1st day of February, 2007.

                                      **NEWMAN & NEWMAN,**
                                      **ATTORNEYS AT LAW, LLP**

       By: _____
                Derek A. Newman, WSBA No. 26967
                *derek@newmanlaw.com*
                Roger M. Townsend, WSBA No. 25525
                *roger@newmanlaw.com*

NOTICE OF APPEARANCE - 1           **NEWMAN & NEWMAN,**     505 Fifth Ave. S., Ste. 610
                                             **ATTORNEYS AT LAW, LLP**   Seattle, Washington 98104
                                                                                (206) 274-2800