1

**CERTIFICATE OF SERVICE**

2

3          The undersigned hereby certifies that on this 1st day of February, 2007, I electronically

4    filed the foregoing **NOTICE OF APPEARANCE FOR DEFENDANTS ASCENTIVE, LLC**

5    **AND ADAM SCHRAN, AND CERTIFICATE OF SERVICE** with the Clerk of the Court

6    using the ECF system which will send notification of such filing to the following:

7

8

9          **Via Notice of Electronic Filing to:**

10         Robert Siegel, Esq.
           i.Justice Law, P.C.

11

12         Email: bob@ijusticelaw.com

13

14         I declare under penalty of perjury under the laws of the United States and the State of

15   Washington that the forgoing is true and correct and that this declaration was executed on

16   February 1st, 2007,  at Seattle, Washington.

17

18

19                                           _____
                                                    Diana Au

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE                    **NEWMAN & NEWMAN,**      505 Fifth Ave. S., Ste. 610
                                          **ATTORNEYS AT LAW, LLP** Seattle, Washington 98104
                                                                    (206) 274-2800

Dockets.Justia.com