UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OMNI INNOVATIONS, LLC, a Washington
Limited Liability company; EMILY ABBEY,
an individual,

                     Plaintiffs,

v.

ASCENTIVE, LLC, a Delaware limited
liability company; ADAM SCHRAN,
individually and as part of his marital
community; JOHN DOES, I-X,

                     Defendants.

C06-1284Z

MINUTE ORDER

      The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

      (1)      Having reviewed Defendants' Report to the Court Re: Petition for Writ of Mandamus, docket no. 62, the Court DENIES Defendants' request to allow the Defendants until February 20, 2007 to examine the available responses to the denial of the Defendants' Petition for a Writ of Mandamus by the Ninth Circuit Court of Appeals.

      (2)      The Court ORDERS that the stay of this case, see docket no. 44, be lifted.

      (3)      The Court ORDERS Defendants to find new counsel and file an answer by Tuesday, **February 21, 2007**.

      (4)      The Court VACATES the deadlines set forth in the Court's Minute Order, docket no. 31, and SETS new deadlines as follows. The deadline for the FRCP 26(f) Conference is **March 20, 2007**. The deadline for initial disclosures pursuant to FRCP 26(a)(1) is **April 3, 2007**. The deadline for the Combined Joint Status Report is **April 3, 2007**.

MINUTE ORDER   1–

1

2      (5)     The Clerk is directed to send a copy of this Minute Order to all counsel of
record.

3

       Filed and entered this 2nd day of February, 2007.

4
                                              BRUCE RIFKIN, Clerk

5

6                                                 s/ Claudia Hawney
                                      By _____

7                                         Claudia Hawney
                                          Deputy Clerk

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER   2–