The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| OMNI INNOVATIONS, LLC, a Washington limited liability company; Emily Abbey, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>ASCENTIVE, LLC, a Delaware limited liability company; ADAM SCHRAN, individually and as part of his marital community; JOHN DOES, I-X,<br><br>Defendants. | NO. 06-CV-01284 TSZ<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AND TO STAY** |

THIS MATTER comes before the Court on the Motion of Defendants Ascentive, LLC ("Ascentive") and Adam Schran ("Schran") (together, "Defendants") to dismiss pursuant to Fed. R. Civ. P 12(b)(6). Defendants also move to stay proceedings in the above-captioned matter until this Court enters judgment in <u>Omni Innovations, LLC v. Virtumundo et al.</u>, No. CV06-0204JCC, W.D.Wash. (Coughenour, J.) ("<u>Omni</u>"). Having reviewed the First Amended Complaint in the above-captioned matter, as well as the

[PROPOSED] ORDER GRANTING DEFS.'
MOT. TO DISMISS AND TO STAY
CASE NO. 06-CV-01284 TSZ- 1

**NEWMAN & NEWMAN, ATTORNEYS AT LAW, LLP**
505 Fifth Avenue South, Suite 610
Seattle, Washington 98104
phone: (206) 274-2800
fax: (206) 274-2801

Dockets.Justia.com

instant motion, Plaintiffs' response, and Defendants' reply, and also having reviewed the docket in <u>Omni</u> and the pleadings related thereto, the Court finds and rules as follows:

1. Abbey fails to allege facts sufficient to state a claim upon which relief may be granted under FED. R. CIV. P. 12(b)(6).
2. Abbey's claim under the under the CAN-SPAM Act of 2003, 15 U.S.C. § 7701 et seq. ("CAN-SPAM") is dismissed because she does not claim to be an Internet access service provider.
3. Abbey's claims under the Washington Commercial Electronic Mail Act (RCW 19.190) ("CEMA") and Washington Consumer Protection Act ("WCPA"), RCW 19.86.010 et seq., are dismissed because the only damage she alleges regarding those claims is "damage to Plaintiff as the interactive computer service", yet she does not claim to provide any interactive computer service.
4. Plaintiffs' CEMA and WCPA claims are preempted by CAN-SPAM to the extent their claims based upon immaterial violations of email header protocol.
5. All of Abbey's claims in the above-captioned matter are dismissed, and the parties and the clerk of the court are instructed to strike her name from the caption in future pleadings.
6. The Court finds that substantially similar and material facts are being adjudicated in another proceeding which is closely related to this case. Accordingly, the Court orders this entire lawsuit be stayed pending resolution of <u>Omni</u>.

DATED this _____ day of _____, 2007.

_____
HONORABLE THOMAS S. ZILLY
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING DEFS.'
MOT. TO DISMISS AND TO STAY
CASE NO. 06-CV-01284 TSZ- 2

NEWMAN & NEWMAN, ATTORNEYS AT LAW, LLP
505 Fifth Avenue South, Suite 610
Seattle, Washington 98104
phone: (206) 274-2800
fax: (206) 274-2801