# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 22nd day of February, 2007, I electronically filed the foregoing **ANSWER TO FIRST AMENDED COMPLAINT** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

**Via Notice of Electronic Filing:**

Robert Siegel, Esq.
i.Justice Law, P.C.

Email: bob@ijusticelaw.com

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct and that this declaration was executed on February 22, 2007, at Seattle, Washington.

*/s/ Jesus Ocampo Jr.*
Jesus Ocampo Jr.

CERTIFICATE OF SERVICE