THE HON. THOMAS A. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, SEATTLE

OMNI INNOVATIONS, LLC, a Washington Limited Liability company; EMILY ABBEY, an individual,

Plaintiffs,

v.

ASCENTIVE, LLC, a Delaware limited liability company; ADAM SCHRAN, individually and as part of his marital community; JOHN DOES, I-X,

Defendants.

NO. 06-01284

MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

NOTED FOR HEARING: March 16, 2007

[WITHOUT ORAL ARGUMENT]

## I. MOTION

Plaintiffs, Omni Innovations, LLC ("Omni") and Emily Abbey ("Abbey") by and through their undersigned attorneys, Robert J. Siegel and Douglas McKinley, hereby move the Court for an order granting leave to file the Plaintiffs' Second Amended Complaint (copy attached hereto as Exhibit "A").

MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT - 1

i.JUSTICE LAW, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-304-5400
Fax: 206-624-0717

## I.   STATEMENT OF FACTS

1. In September 2006, Plaintiffs Omni Innovations, LLC. ("Omni"), a small interactive computer service, and Emily Abbey ("Abbey"), an individual internet and computer user, properly commenced this action against the Defendant Ascentive, LLC. ("Ascentive"), a Philadelphia based internet marketing firm, and its principal owner and manager Adam Schran ("Schran").

2. The case involves alleged violations of both the Washington anti-spam statute, 19.190 et seq., and the Federal Can-Spam Act of 2003.

3.

4.

## III.   STATEMENT OF ISSUES

1. Should the Court enter an order granting Plaintiffs leave to file their Second Amended Complaint?

## IV.   EVIDENCE RELIED UPON

This Motion is based upon the files and records herein, and the memorandum of legal authority cited herein.

-2- MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

i.JUSTICE LAW, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-304-5400
Fax: 206-624-0717

## V.   ARGUMENT AND AUTHORITY

Plaintiffs seek only to amend their complaint to clarify certain aspects of their pleadings in response to Defendants' Motion To Dismiss. Specifically, the Second Amended Complaint more accurately and precisely delineates between Plaintiff Omni and Plaintiff Abbey insofar as which statutory violations apply to each.

FRCP 15 and Washington case law provide that leave to amend a complaint should be granted liberally in the interests of justice, "and leave shall be freely given when justice so requires." Federal Rule of Civil Procedure 15(a) provides that a trial court shall grant leave to amend freely "when justice so requires." See Foman v. Davis, 371 U.S. 178, 182 (1962) ("[T]his mandate is to be heeded."). "[L]eave to amend should be granted if it appears at all possible that the plaintiff can correct the defect." Lopez v. Smith, 203 F.3d 1122, 1130 (9th Cir. 2000) (en banc) (internal citations and quotations omitted)

The purposes of CR 15 are to "facilitate a proper decision on the merits", CARUSO v. LOCAL 690, INT'L BHD. OF TEAMSTERS, 100 Wn.2d 343, 670 P.2d 240 (1983), at 349, and to provide each party with adequate notice of the basis of the claims or defenses asserted against him. PIERCE CY. SHERIFF v. CIVIL SERV. COMM'N, 98 Wn.2d 690, 695, 658 P.2d 648 (1983). SEE GENERALLY 6 C. Wright & A. Miller, FEDERAL PRACTICE 1471 (1971); Trautman, PLEADING PRINCIPLES AND PROBLEMS IN WASHINGTON, 56 Wash. L. Rev. 687, 711-14 (1981). Leave to amend should be freely given "except where prejudice to the opposing party would result." CARUSO, at 349; SEE ALSO 6 C. Wright & A. Miller 1473. The amendment of pleadings is left to the sound discretion of the trial court, whose determination

-3
MOTION FOR LEAVE TO FILE SECOND AMENDED
COMPLAINT

i.JUSTICE LAW, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-304-5400
Fax: 206-624-0717

1  will be overturned on review only for an abuse of that discretion. Heron v. Tribune Pub. Co.,
2  108 Wn.2d 162, 165, 736 P.2d 249 (1987). Discretion is abused if it is manifestly unreasonable,
3  or exercised on untenable grounds, or for untenable reasons. State ex rel. Carroll v. Junker, 79
4  Wn.2d 12, 26, 482 P.2d 775 (1971).

5  Granting Plaintiffs leave to amend would certainly not prejudice Defendants in any way.
6  As set forth in further detail in Plaintiffs' Response To Motion To Dismiss, at a minimum, the
7  currently operable First Amended Complaint has sufficiently put Defendants on notice, pursuant
8  to FRCP 8(a), of the allegations against them generally, notwithstanding that certain allegations
9  may have been pled with more clarity, as is done in the Second Amended Complaint. No
10 discovery has yet been had, and the parties have only recently filed their Joint Status Report.
11 Plaintiffs submit that allowing them to amend their Complaint is in the interest of justice.

12

13 RESPECTFULLY SUBMITTED, this 1st day of March, 2007.

14
15 i.JUSTICE LAW, P.C.                              DOUGLAS E. MCKINLEY, JR
                                                    Attorney at Law
16
17 /S/ Robert J. Siegel                             /S/ Douglas E. McKinley, Jr.
   Robert J. Siegel, WSBA #17312                    Douglas E. McKinley, Jr., WSBA 20806
18 Attorney for Plaintiffs                          Attorney for Plaintiffs

-4-
MOTION FOR LEAVE TO FILE SECOND AMENDED
COMPLAINT

i.JUSTICE LAW, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-304-5400
Fax: 206-624-0717

CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Derek A. Newman, Newman & Newman

I.JUSTICE LAW, P.C.

DATE: MARCH 1, 2007

BY: /S/ ROBERT J. SIEGEL
ROBERT J. SIEGEL
WASHINGTON BAR NO. 17312
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WA 98101
TELEPHONE: 206.304.5400
FAX: 206.624.0717
BOB@MSFSEATTLE.COM

**i.JUSTICE LAW, P.C.**
**1325 Fourth Ave., Suite 940**
**Seattle, WA 98101**
**Phone: 206-304-5400**
**Fax: 206-624-0717**

U

PROPOSED: 2ND AMENDED COMPLAINT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | |
|---|---|
| OMNI INNOVATIONS, LLC, a Washington Limited Liability company; EMILY ABBEY, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> ASCENTIVE, LLC, a Delaware limited liability company; ADAM SCHRAN, individually and as part of his marital community; JOHN DOES, I-X, <br><br> Defendants. | NO. 06-01284 <br><br> [SECOND] AMENDED COMPLAINT |

**PARTIES, JURISDICTION, VENUE**

1. Plaintiff OMNI INNOVATIONS, LLC, (hereinafter "OMNI") is a Washington limited liability company duly licensed and registered with the State of Washington, with its principal place of business in Franklin County, Washington.

2. Plaintiff EMILY ABBEY, (hereinafter "ABBEY") is an individual residing in King County, Washington who maintains a computer connected to the internet, which is also located in King County, Washington, on which she sends and receives E-mail, and whose residency information was and is available from and registered with a

[SECOND] AMENDED COMPLAINT FOR
DAMAGES, PENALTIES, ETC. -1

i.Justice Law, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-304-5400
Fax: 206-624-0717

1   Washington address, which E-mail address was at all relevant times herein, and is
2   registered with and available through her domain registration.
3   3.  On information and belief, Plaintiffs allege that Defendant ASCENTIVE, LLC,
4   ("ASCENTIVE,") is a limited liability company registered in Delaware, with its
5   principal place of business located in Philadelphia, Pennsylvania.
6   4.  On information and belief, Plaintiffs allege that ADAM SCHRAN, ("Schran,") is an
7   officer, director, and/or majority shareholder of Ascentive, and as such controls its
8   policies, activities, and practices, including those alleged herein on behalf of
9   Ascentive. All acts and practices undertaken by Schran on behalf of Ascentive are
10  and were for the benefit of his marital community. SCHRAN resides in the State of
11  Pennsylvania and transacts or has transacted business in the State of Washington and
12  in the Western District of Washington.
13  5.  Jurisdiction is proper pursuant to 28 U.S.C. §1331 (federal question) and 28 U.S.C.
14  §1332 (diversity).
15  6.  This Court has supplemental jurisdiction of state law claims pursuant to U.S.C. §
16  1367.
17  7.  Venue is proper pursuant to 28 U.S.C. §1391.
18  8.  From and after May 2005, Plaintiff OMNI provided and enabled computer access for
19  multiple users to a computer server that provides access to the Internet.

**General Allegations**

20  9.  The domain names served by Plaintiff OMNI include: anthonycentral.com,
21  chiefmusician.net, ehahome.com, itdidnotendright.com, jammtomm.com,
22  jaycelia.com, celiajay.com, jaykaysplace.com, rcw19190020.com, and
23  gordonworks.com (collectively the "Domains" and individually and generically a
24  "Domain").
25  10. At all times material hereto, for the Domains and each of them, the information that
    all e-mail addresses at each Domain (the "Recipient Addresses") belong to

[SECOND] AMENDED COMPLAINT FOR
DAMAGES, PENALTIES, ETC. -2

i.Justice Law, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-304-5400
Fax: 206-624-0717

Washington residents, including Plaintiff Abbey's, was and is available upon request from the registrant of each Domain, each registrant being a Washington resident and each Domain being registered with a Washington address.

11. During the time period of approximately August 2003 through February, 2007, Plaintiffs received at the Domains electronic-mail messages (collectively the "E-mails" or individually and generically as an "Email").

12. The E-mails, and each of them, were received by Plaintiff OMNI's servers serving the Domains, or at the Domains themselves, and/or on individual Plaintiff's email accounts, and on their computers, including, but not limited to the email account and computer of Plaintiff Abbey.

13. Each of the E-mails misrepresents or obscures information in identifying the point of origin or the transmission path thereof, and contains header information that is materially false or materially misleading. The misrepresentations include without limitation: IP address and host name information that do not match, or are missing, or are false in the "From" and "By" tokens n the Received header fields; or fail to include a valid physical address in the body of the E-mail; and/or used false, or misleading information in registering the domains used to send the subject E-mails.

14. Defendant initiated the transmission of the E-mails, and each of them. In the alternative, Defendant conspired or otherwise acted in collusion with another or others or assisted another or others to transmit the E-mails, and each of them.

15. At all times material hereto, Defendants knew or had reason to know that the Recipient Addresses, and each of them, were and are held by a Washington resident.

FIRST CAUSE OF ACTION – CAN-SPAM ACT
15 U.S.C. §7701 et seq.

16. On the basis of the facts set forth hereinabove, Defendants initiated the transmission of the E-mails, and each of them, to a protected computer in violation of 15 U.S.C. §7704(a), causing damage to Plaintiff Omni as the provider of the Internet access

[SECOND] AMENDED COMPLAINT FOR
DAMAGES, PENALTIES, ETC. -3

i.Justice Law, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-304-5400
Fax: 206-624-0717

service receiving each such E-mail in the amount of $100 for each such E-mail, as provided in 15 U.S.C. §7706 (g) (3).

17. Defendants did willfully and knowingly so act in violation of the provisions of 15 U.S.C. §7701 et seq.

### SECOND CAUSE OF ACTION – CEMA
### RCW 19.190.010 - .070

18. On the basis of the facts set forth hereinabove, Defendants initiated, conspired with another to initiate, or assisted the transmission of the E-mails, and each of them, in violation of RCW 19.190.020, causing damage to Plaintiff Omni as the interactive computer service receiving each such E-mail in the amount of $1,000 for each such E-mail, and to Plaintiff Abbey in the amount of $500 for each such E-mail directed to and received at Abbey's E-mail address, as provided in RCW 19.190.040(1) and (2).

### THIRD CAUSE OF ACTION – CONSUMER PROTECTION ACT
### Ch. 19.86 RCW

19. On the basis of the facts set forth hereinabove, Defendants initiated the E-mails, and each of them, in violation of RCW 19.190.030 and Chapter 19.86 RCW, causing damage to Plaintiffs as the recipients of each such E-mail in an amount to be proven at trial, including, but not limited to, treble damages. Defendants' acts as described hereinabove constituted unfair and deceptive acts or practices in the conduct of trade or commerce, which acts or practices caused injury to Plaintiffs, and as such constitute independent violations of RCW 19.86 et seq.

[SECOND] AMENDED COMPLAINT FOR
DAMAGES, PENALTIES, ETC. -4

i.Justice Law, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-304-5400
Fax: 206-624-0717

## REQUEST FOR RELIEF

Plaintiffs respectfully request the following relief:

1. Entry of a Judgment in favor of Plaintiff Omni against the Defendants in the amount of $1,100 per unlawful E-mail, plus such other and further damages as may be proved at trial, plus treble damages to the extent permitted by Chapter 19.86 RCW and to the extent permitted by 15 U.S.C. §7706 (g) (3) (C), plus prejudgment and post-judgment interest at the highest rate permitted by law, plus cost of suit and reasonable attorney fees pursuant to Chapter 19.86 RCW and 15 U.S.C. §7706 (g) (4);

2. Entry of a Judgment in favor of Plaintiff Abbey against the Defendants in the amount of $500 per unlawful E-mail, plus such other and further damages as may be proved at trial, plus treble damages to the extent permitted by Chapter 19.86 RCW plus prejudgment and post-judgment interest at the highest rate permitted by law, plus cost of suit and reasonable attorney fees pursuant to Chapters 19.190 et seq., and 19.86 RCW.;

3. Entry of a permanent injunction against the Defendants prohibiting the Defendants from sending or causing to be sent electronic mail messages of any kind or nature to e-mail addresses at Plaintiffs' Domains and/or email addresses.

4. Such other and further relief as the Court deems just and equitable in the premises.

[SECOND] AMENDED COMPLAINT FOR
DAMAGES, PENALTIES, ETC. -5

i.Justice Law, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-304-5400
Fax: 206-624-0717

RESPECTFULLY SUBMITTED this 27th day of February, 2007.

| | |
|---|---|
| i.Justice Law, P.C. | DOUGLAS E. MCKINLEY, JR<br>Attorney at Law |
| /S/ Robert J. Siegel<br>Robert J. Siegel, WSBA #17312 | /S/ Douglas E. McKinley, Jr.<br>Douglas E. McKinley, Jr.,WSBA #20806 |
| Attorney for Plaintiffs | Attorney for Plaintiffs |

**i.Justice Law, P.C.**
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-304-5400
Fax: 206-624-0717

PROPOSED ORDER

PROPOSED ORDER

THE HON. THOMAS A. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, SEATTLE

OMNI INNOVATIONS, LLC, a Washington Limited Liability company; EMILY ABBEY, an individual,

Plaintiffs,

v.

ASCENTIVE, LLC, a Delaware limited liability company; ADAM SCHRAN, individually and as part of his marital community; JOHN DOES, I-X,

Defendants.

NO. 06-01284

ORDER GRANTING PLAINTIFFS' LEAVE TO FILE SECOND AMENDED COMPLAINT

NOTED FOR HEARING:
WITHOUT ORAL ARGUMENT
[March 16, 2007]

**THIS MATTER** having come before the Court by Plaintiffs' Motion For Leave To File Second Amended Complaint, and the Court, having considered all moving and responsive pleadings, and having found that good cause exists, therefore

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion is granted, and Plaintiffs are granted leave to file their Second Amended Complaint;

-1-
[proposed] ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT

!JUSTICE LAW, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-304-5400
Fax: 206-624-0717

DONE IN OPEN COURT this _____ Of March, 2007.

______________________________________

The Hon. Judge Thomas A. Zilly

i.JUSTICE LAW, P.C.

/S/ Robert J. Siegel

Robert J. Siegel, WSBA #17312

Attorney for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Derek A. Newman, Newman & Newman

i.JUSTICE LAW, P.C.

DATE: FEB, 27, 2007

BY: /S/ ROBERT J. SIEGEL
ROBERT J. SIEGEL
WASHINGTON BAR NO. 17312
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WA 98101
TELEPHONE: 206.304.5400
FAX: 206.624.0717
BOB@MSFSEATTLE.COM

**i.JUSTICE LAW, P.C.**
**1325 Fourth Ave., Suite 940**
**Seattle, WA 98101**
**Phone: 206-304-5400**
**Fax: 206-624-0717**

U