# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 16th day of March, 2007, I electronically filed the foregoing **REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF ABBEY'S CLAIMS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, AND TO STAY THIS LITIGATION** with the Clerk of the Court using the ECF sustem which will send notification of such filing to the following:

**Via Notice of Electronic Fining to:**

Robert Siegel, Esq.
i.Justice Law, P.C.

Email: bob@ijusticelaw.com

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct and that this declaration was executed on March 16, 2007, at Seattle, Washington.

_____
Jesus Ocampo Jr.

CERTIFICATE OF SERVICE

NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP
505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800