_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

MAR 20 2007

THE HON. THOMAS A. ZILLY

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                                        DEPUTY

06-CV-01284-FINAFF

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | |
|---|---|
| OMNI INNOVATIONS, LLC, a Washington Limited Liability company; EMILY ABBEY, an individual, <br><br>                    Plaintiffs, <br>v. <br><br>ASCENTIVE, LLC, a Delaware limited liability company; ADAM SCHRAN, individually and as part of his marital community; JOHN DOES, I-X, <br><br>                    Defendants, | NO. 06-01284 <br><br> ORDER GRANTING PLAINTIFFS LEAVE TO FILE SECOND AMENDED COMPLAINT <br><br> NOTED FOR HEARING: <br> WITHOUT ORAL ARGUMENT <br> [March 16, 2007] |

**THIS MATTER** having come before the Court by Plaintiffs' Motion For Leave To File Second Amended Complaint, and the Court, having considered all moving and responsive pleadings, and having found that good cause exists, therefore

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion is granted, and Plaintiffs are granted leave to file their Second Amended Complaint;

-1-
[proposed] ORDER GRANTING LEAVE TO FILE SECOND
AMENDED COMPLAINT

i.JUSTICE LAW, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-304-5400
Fax: 206-624-0717

Dated

~~DONE IN OPEN COURT~~ this 19 Of March, 2007.

_____

The Hon. Judge Thomas S. Zilly

i.JUSTICE LAW, P.C.

/S/ Robert J. Siegel

Robert J. Siegel, WSBA #17312

Attorney for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Derek A. Newman, Newman & Newman

I.JUSTICE LAW, P.C.

DATE: FEB, 27, 2007

BY: /S/ ROBERT J. SIEGEL
ROBERT J. SIEGEL
WASHINGTON BAR NO. 17312
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WA 98101
TELEPHONE: 206.304.5400
FAX: 206.624.0717
BOB@MSFSEATTLE.COM

-2
[proposed] ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT

I.JUSTICE LAW, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-304-5400
Fax: 206-624-0717