UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OMNI INNOVATIONS, LLC, a Washington Limited Liability company; EMILY ABBEY, an individual,

                   Plaintiffs,

v.

ASCENTIVE, LLC, a Delaware limited liability company; ADAM SCHRAN, individually and as part of his marital community; JOHN DOES, I-X,

                   Defendants.

C06-1284Z

MINUTE ORDER

     The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

     (1)    The Court GRANTS IN PART and DEFERS IN PART Defendants' Motion to Dismiss and to Stay This Litigation, docket no. 65. The Court GRANTS the motion and stays the case pending the resolution of <u>Gordon v. Virtumundo Inc.</u>, No. CV06-0204-JCC (Coughenour, J.) ("<u>Gordon</u>"). The Court ORDERS the parties to file a joint status report within thirty days of the resolution of <u>Gordon</u> to show cause why this Court should not lift the stay and to address whether supplemental briefing is required to address issues raised by the resolution of <u>Gordon</u>, and if so, to propose a briefing schedule. The Court DEFERS Defendants' Motion to Dismiss until the stay is lifted.

     (2)    The Clerk is directed to remove Defendants' Motion to Dismiss and to Stay This Litigation, docket no. 65, from the Court's motions calendar.

MINUTE ORDER  1–

    (3)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Filed and entered this 10th day of April, 2007.

                                                  BRUCE RIFKIN, Clerk

                                                  s/ Claudia Hawney
By _____
      Claudia Hawney
      Deputy Clerk

MINUTE ORDER   2–