The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| OMNI INNOVATIONS, LLC, a Washington limited liability company; Emily Abbey, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>ASCENTIVE, LLC, a Delaware limited liability company; ADAM SCHRAN, individually and as part of his marital community; JOHN DOES, I-X,<br><br>Defendants. | NO. 06-CV-01284 TSZ<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

PLEASE TAKE NOTICE that Roger M. Townsend of the law firm of Newman & Newman, Attorneys at Law, LLP, hereby withdraws his appearance on behalf of Defendants Ascentive, LLC and Adam Schran in the above matter. Defendants' substituting counsel is Randall Moeller, of the law firm Newman & Newman, Attorneys at Law, LLP. Additionally, Newman & Newman, Attorneys at Law, LLP will continue to be counsel of record through Derek A. Newman, who initially appeared on behalf of Defendants. Defendants respectfully request that all notices, pleadings and further

NOTICE OF WITHDRAWAL AND SUB. - 1
(CV06-1284TSZ)

**NEWMAN & NEWMAN,**
**ATTORNEYS AT LAW, LLP**

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800

1 | correspondence be addressed to Mr. Newman and Mr. Moeller as stated herein.

2 | Since both the withdrawing and remaining attorneys are within the same firm
3 | (which will remain counsel of record) an order of substitution is not required under GR
4 | 2(g)(2).  Accordingly, this document is being filed for informational purposes.

6 | DATED this 13th day of July, 2007.

**NEWMAN & NEWMAN,**
**ATTORNEYS AT LAW, LLP**

By: */s/ Roger M. Townsend*
Roger M. Townsend, WSBA No. 25525

505 Fifth Avenue South, Suite 610
Seattle, Washington  98104
(206) 274-2800 Phone
(206) 274-2801 Fax
Withdrawing Attorney for Defendant

**NEWMAN & NEWMAN,**
**ATTORNEYS AT LAW, LLP**

By: */s/ Randall Moeller*
Randall Moeller, WSBA No. 21094

505 Fifth Avenue South, Suite 610
Seattle, Washington  98104
(206) 274-2800 Phone
(206) 274-2801 Fax
Substituting Attorney for Defendant

NOTICE OF WITHDRAWAL AND SUB. - 2
(CV06-1284TSZ)

NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800