UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OMNI INNOVATIONS, LLC, a Washington Limited Liability company; EMILY ABBEY, an individual,<br><br>                Plaintiffs,<br><br>v.<br><br>ASCENTIVE, LLC, a Delaware limited liability company; ADAM SCHRAN, individually and as part of his marital community; JOHN DOES, I-X,<br><br>                Defendants. | C06-1284Z<br><br>MINUTE ORDER |

     The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

     (1)    The Honorable Thomas S. Zilly transfers the above captioned case as related to C06-204JCC to the Honorable John C. Coughenour for all further proceedings. All future pleadings shall bear the cause number C06-1284JCC.

     (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

     Filed and entered this 2nd day of August, 2007.

                                                   BRUCE RIFKIN, Clerk

                                                                s/ Claudia Hawney
                                                         By _____
                                                                  Claudia Hawney

MINUTE ORDER  1–

1                                               Deputy Clerk

MINUTE ORDER   2–