THE HON. JOHN C COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | |
|---|---|
| **OMNI INNOVATIONS, LLC, a Washington Limited Liability company; EMILY ABBEY, an individual,**<br><br>    Plaintiffs,<br><br>v.<br><br>**ASCENTIVE, LLC, a Delaware limited liability company; ADAM SCHRAN, individually and as part of his marital community; JOHN DOES, I-X,**<br><br>    **Defendants,** | NO. 06-01284<br><br>**MOTION FOR ORDER GRANTING COUNSEL LEAVE TO WITHDRAW AND TO FILE DECLARATIONS UNDER SEAL**<br><br>NOTE FOR HEARING:<br>**August 31, 2007** |

Pursuant to GR 2, the undersigned attorneys of record for Plaintiff herein, for good cause, move the Court for an order permitting their withdrawal as counsel. The facts supporting the good cause are submitted in the declarations of counsel submitted herewith, which, subject to the Court's authorization, are filed under seal.

-1
MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

**i.JUSTICE LAW, P.C.**
PO Box 25817
Seattle, WA 98165-1317
Phone/Fax: 888-839-3299

RESPECTFULLY SUBMITTED this 22nd day of August, 2007.

| i.JUSTICE LAW, P.C. | DOUGLAS E. MCKINLEY, JR |
| --- | --- |
| | Attorney at Law |
| /S/ Robert J. Siegel | /S/ Douglas E. McKinley, Jr. |
| Robert J. Siegel, WSBA #17312 | Douglas E. McKinley, Jr., WSBA#20806 |
| Attorney for Plaintiffs | Attorney for Plaintiffs |

**Certificate of Service**

I, hereby, certify that on August 22, 2007, I filed the subjoined pleading with this Court via approved CMECF electronic filing, that electronically serves the following:
Attorneys for Defendants: Derek A. Newman, Newman & Newman

I also certify that that on August 22, 2007, I served the subjoined pleading upon plaintiff James S. Gordon, Jr. electronically by email, and by regular US mail, postage prepaid.

/s/ Robert J. Siegel
Robert J. Siegel

-2
MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

i.JUSTICE LAW, P.C.
PO Box 25817
Seattle, WA 98165-1317
Phone/Fax: 888-839-3299