1
2
3
4
5
6
7

8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10
11
12
13
14
15
16

OMNI INNOVATIONS, LLC, a Washington Limited Liability Company; EMILY ABBEY, an individual,

          Plaintiff,

   v.

ASCENTIVE, LLC, a Delaware limited liability company; ADAM SCHRAN, individually and as part of his marital community; JOHN DOES, I-X,

          Defendants.

CASE NO. C06-1284-JCC

MINUTE ORDER

17
18
19

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

20
21
22
23

This matter comes before the Court on the Motion to Withdraw as Attorney filed by Plaintiffs' counsel on August 22, 2007. (Dkt. No. 78). Approximately one week later, on August 30, Plaintiffs' counsel filed a Reply to a Response to the motion to withdraw. (Dkt. No. 81). However, as reflected by the docket, no such Response has been filed in this case.

24 //

25 //

26 MINUTE ORDER – 1

1  Therefore, the Reply filed on August 30 (Dkt. No. 81) is hereby STRICKEN. The Motion to Withdraw

2  (Dkt. No. 78) is RENOTED for consideration on September 14, 2007.

3      DATED this 7th day of September, 2007.

4                                      BRUCE RIFKIN, Clerk of Court

6                                By  /s/ C. Ledesma
                                           Deputy Clerk

26 MINUTE ORDER – 2