Douglas E. McKinley, Jr.                          THE HON. JOHN C. COUGHENOUR
PO Box 202
Richland WA, 99352
(509) 628-0809

i.Justice Law, P.C.
Robert J. Siegel
PO Box 258217
Seattle, WA 98165-1317

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | |
|---|---|
| **OMNI INNOVATIONS, LLC, a Washington Limited Liability company,** | **NO. 06-01284** |
| **Plaintiff,** | **STIPULATED NOTICE OF DISMISSAL OF PLAINTIFF EMILY ABBEY** |
| v. | |
| **IMPULSE MARKETING GROUP, INC, a Nevada/Georgia corporation; JEFFREY GOLDSTEIN, individually and as part of his marital community; KENNETH ADAMSON, individually and as part of his marital community; GREGORY GREENSTEIN, individually and as part of his marital community; STEVE WADLEY, individually and as part of his marital community; JOHN DOES, I-X,** | |
| **Defendants,** | |

STIPULATED DISMISSAL OF EMILY ABBEY -1

**i.Justice Law, PC**
**PO Box 25817**
**Seattle, WA 98165-1317**
**Phone/Fax: 888-839-3299**

1

## STIPULATION

The parties hereto, by and through undersigned counsel, pursuant to FRCP 41(a)(1) stipulate
to the dismissal of plaintiff Emily Abbey, with prejudice, and without an award of fees and
costs.

2

3

4

5

**i.Justice Law, P.C.**                          **DOUGLAS E. MCKINLEY, JR**
                                                 **Attorney at Law**

6

/S/ Robert J. Siegel                             /S/ Douglas E. McKinley, Jr.

7

Robert J. Siegel, WSBA #17312                    Douglas E. McKinley, Jr., WSBA #20806
   Attorney for Plaintiffs                          Attorney for Plaintiffs

8

9

**Jackson & Wallace, LLP**

10

11

/s/ Matthew Wojcik

Matthew Wojcik, WSBA #27918

12

Attorneys for Defendants

13

14

15

**RESPECTFULLY SUBMITTED**, this 12th day of September, 2007.

i.Justice Law, P.C.                              DOUGLAS E. MCKINLEY, JR

16

                                                 Attorney at Law

17

/S/ Robert J. Siegel                             /S/ Douglas E. McKinley, Jr.

18

Robert J. Siegel, WSBA #17312                    Douglas E. McKinley, Jr.,
                                                    WSBA #20806

19

Attorney for Plaintiffs                          Attorney for Plaintiffs

20

21

22

23

24

25

STIPULATED DISMISSAL OF EMILY ABBEY -2                    **i.Justice Law, PC**
                                                          **PO Box 25817**
                                                          **Seattle, WA 98165-1317**
                                                          **Phone/Fax: 888-839-3299**

**Certificate of Service**

I, hereby, certify that on the 12th day of September, 2007, I filed the subjoined pleading with this Court via approved ECMF electronic filing, that electronically serves all attorneys of record for Defendants.

/s/ Robert J. Siegel_____
Robert J. Siegel

STIPULATED DISMISSAL OF EMILY ABBEY -3