UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OMNI INNOVATIONS, LLC, a Washington
Limited Liability Company,

                    Plaintiff,                          CASE NO. C06-1284-JCC

          v.                                            MINUTE ORDER

ASCENTIVE, LLC, a Delaware limited liability
company; ADAM SCHRAN, individually and as
part of his marital community; JOHN DOES, I-X,

                    Defendants.

          The following Minute Order is made by direction of the Court, the Honorable John C.

Coughenour, United States District Judge:

          This matter has been stayed, pending the outcome of Plaintiff's appeal to the Ninth Circuit Court

of Appeals in *Gordon v. Virtumundo*, No. 06-0204, 2007 U.S. Dist. LEXIS 35544 (W.D. Wash. May 15,

2007). (Dkt. No. 75.) Accordingly, this case is REMOVED from the Court's active caseload.

          DATED this 24th day of September, 2007.

                                        BRUCE RIFKIN, Clerk of Court

                                        By   _/s/ C. Ledesma_____

                                                    Deputy Clerk

MINUTE ORDER – 1