THE HON. JOHN C COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | |
|---|---|
| OMNI INNOVATIONS, LLC, a Washington Limited Liability company; EMILY ABBEY, an individual,<br><br>                Plaintiffs,<br>v.<br><br>ASCENTIVE, LLC, a Delaware limited liability company; ADAM SCHRAN, individually and as part of his marital community; JOHN DOES, I-X,<br><br>                Defendants, | NO. 06-01284<br><br>**ERRATA/NOTICE TO REINSTATE PLAINTIFF EMILY ABBEY** |

Notice is hereby given that Docket Entry No. 83 "Notice of Voluntary Dismissal" was inadvertently filed in this Cause, the document bearing the wrong caption but the case number for this cause. Consequently, the CMECF docketing erroneously removed plaintiff Emily Abbey as a party. Therefore, plaintiff Emily Abbey should not have been dismissed from this matter.

-1
ERRATA/NOTICE

i.JUSTICE LAW, P.C.
PO Box 25817
Seattle, WA 98165-1317
Phone/Fax: 888-839-3299

RESPECTFULLY SUBMITTED this 21st day of November, 2007.

| i.JUSTICE LAW, P.C. | DOUGLAS E. MCKINLEY, JR |
| --- | --- |
| | Attorney at Law |
| /S/ Robert J. Siegel | /S/ Douglas E. McKinley, Jr. |
| Robert J. Siegel, WSBA #17312 | Douglas E. McKinley, Jr., WSBA#20806 |
| Attorney for Plaintiffs | Attorney for Plaintiff Omni Innovations, LLC. |

**Certificate of Service**

I, hereby, certify that on November 21, 2007, I filed the subjoined pleading with this Court via approved CMECF electronic filing, that electronically serves the following:
Attorneys for Defendants: Derek A. Newman, Newman & Newman

/s/ Robert J. Siegel
Robert J. Siegel

-2
ERRATA/NOTICE

i.JUSTICE LAW, P.C.
PO Box 25817
Seattle, WA 98165-1317
Phone/Fax: 888-839-3299