THE HON. JOHN C COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | |
|---|---|
| OMNI INNOVATIONS, LLC, a Washington Limited Liability company; EMILY ABBEY, an individual,<br><br>Plaintiffs,<br>v.<br><br>ASCENTIVE, LLC, a Delaware limited liability company; ADAM SCHRAN, individually and as part of his marital community; JOHN DOES, I-X,<br><br>Defendants, | NO. 06-01284<br><br>[PROPOSED]<br>**ORDER GRANTING COUNSEL LEAVE TO WITHDRAW** |

The Court having considered the motion of plaintiff Emily Abbey's counsel Robert J. Siegel to withdraw, and attorney Douglas E. McKinley's request that the court records reflect that he is not counsel to plaintiff Emily Abbey, having considered all moving and responsive pleadings herein, and being otherwise fully apprised, finds that there is good cause to grant leave for counsel to withdraw, which leave is hereby granted. Counsel's withdrawal shall be effectively immediately herewith.

ORDER ON -1
MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

i.JUSTICE LAW, P.C.
PO BOX 25817
Seattle, WA 98165-1317
Phone/Fax: 888-839-3299

Dated this _____ day of December, 2007.

_____
THE HON. JOHN C. COUGHENOUR

RESPECTFULLY SUBMITTED this 21st day of November, 2007.

| i.JUSTICE LAW, P.C. | DOUGLAS E. MCKINLEY, JR |
| --- | --- |
| | Attorney at Law |
| /S/ Robert J. Siegel | /S/ Douglas E. McKinley, Jr. |
| Robert J. Siegel, WSBA #17312 | Douglas E. McKinley, Jr., WSBA#20806 |
| Attorney for Plaintiffs | |

**Certificate of Service**

I, hereby, certify that on November 21, 2007, I filed the subjoined pleading with this Court via approved ECMF electronic filing, that electronically serves the following:
Attorneys for Defendants: Derek A. Newman, Newman & Newman.

I also certify that that on November 21, 2007, I served the subjoined pleading upon plaintiff Emily Abbey by regular US mail, postage prepaid.

/s/ Robert J. Siegel_____
Robert J. Siegel

ORDER ON -2
MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

i.JUSTICE LAW, P.C.
PO BOX 25817
Seattle, WA 98165-1317
Phone/Fax: 888-839-3299