UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OMNI INNOVATIONS, LLC, a Washington Limited Liability Company, and EMILY ABBEY,

Plaintiffs,

v.

ASCENTIVE, LLC, a Delaware limited liability company; ADAM SCHRAN, individually and as part of his marital community; JOHN DOES, I-X,

Defendants.

CASE NO. C06-1284-JCC

ORDER

This matter comes before the Court on Plaintiff counsel's motion for leave to withdraw. (Dkt. No. 89.) No opposition to this motion has been filed. Having considered the motion and the record in this matter, the Court finds good cause to grant leave for counsel to withdraw, and the motion is GRANTED. Robert Siegel is hereby permitted to withdraw as counsel for Ms. Abbey; withdrawal is effective immediately.

DATED this 11th day of December, 2007.

John C. Coughenour
United States District Judge

ORDER – 1