THE HONORABLE JOHN COUGHENOUR

```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED

      DEC 1 4 2007    LK

          AT SEATTLE
    CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
```

06-CV-01284-MEM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | |
|---|---|
| OMNI INNOVATIONS, LLC, a Washington Limited Liability company; EMILY ABBEY, an individual,<br><br>    Plaintiffs,<br>v.<br><br>ASCENTIVE, LLC, a Delaware limited liability company; ADAM SCHRAN, individually and as part of his marital community; JOHN DOES, I-X,<br><br>    Defendants, | NO. 06-01284<br><br>HEARING ON MOTION & DECLARATION TO STRIKE NAME FROM LAWSUIT |

TO: COURT

AND TO: PLAINTIFF

AND TO: COUNSEL FOR DEFENDANT

1 HEARING ON MOTION TO STRIKE NAME FROM COMPLAINT

1
2
3
4 PLEASE TAKE NOTICE that Ms. Emily Abbey's Motion to Strike Name from Complaint will
5 be heard on January 20, 2008 or as soon thereafter as the Court deems appropriate, without oral
6 argument.
7
8
9 Emily Abbey
10 1407 2nd Ave West #608
Seattle, WA 98119
11 206-217-0466
12 Dated this 14th day of December, 2007

*Emily H Abbey*

Certificate of Service

I, hereby, certify that on December 14, 2007, I filed this motion with the Court. I also mailed a copy to counsel of record for Defendant. I have served Plaintiff by other means.

*Emily H Abbey*

2 HEARING ON MOTION TO STRIKE NAME FROM COMPLAINT