1 THE HONORABLE JOHN COUGHENOUR

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | |
|---|---|
| OMNI INNOVATIONS, LLC, a Washington Limited Liability company; EMILY ABBEY, an individual, <br><br> Plaintiffs, <br> v. <br><br> ASCENTIVE, LLC, a Delaware limited liability company; ADAM SCHRAN, individually and as part of his marital community; JOHN DOES, I-X, <br><br> Defendants, | NO. 06-01284 <br><br> PROPOSED ORDER <br><br> ON MOTION TO STRIKE NAME FROM LAWSUIT |

06-CV-01284-PRO

TO: COURT

AND TO: PLAINTIFF

AND TO: COUNSEL FOR DEFENDANT

1 PROPOSED ORDER ON MOTION TO STRIKE NAME FROM COMPLAINT

PROPOSED ORDER

The Court having considered Ms. Emily Abbey's Motion to Strike her name from the above-captioned complaint, hereby (grants) _____ (denies) _____ this motion.

Dated this _____ day of _____, 2008

_____

JUDGE JOHN COUGHENOUR

Certificate of Service

I, hereby, certify that on December 14, 2007, I filed this motion with the Court. I also mailed a copy to counsel of record for Defendant. I have served Plaintiff by other means.

*Emily H Abbey*

2 PROPOSED ORDER ON MOTION TO STRIKE NAME FROM COMPLAINT