# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 31st day of December, 2007, I caused the foregoing **DEFENDANT'S RESPONSE TO PLAINTIFF EMILY ABBEY'S MOTION TO STRIKE NAME FROM LAWSUIT, AND CERTIFICATE OF SERVICE** to be served via the methods listed below on the following party:

**Via U.S. Mail to:**

James S. Gordon
9804 Buckingham Drive
Pasco, WA  99301

Emily Abbey
1407 Second Avenue West, #608
Seattle, WA  98119

**Via Notice of Electronic Filing:**

Robert Siegel, Esq.
Email: <bob@ijusticelaw.com>

Douglas McKinley, Esq.
Email: <doug@mckinleylaw.com>

I declare under penalty of perjury under the laws of the United States and the State of Washington that the forgoing is true and correct and that this declaration was executed on December 31st, 2007, at Seattle, Washington.

_Diana Au_
Diana Au

CERTIFICATE OF SERVICE

NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP
505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800