THE HONORABLE JOHN COUGHENOUR

06-CV-01284-RESP

FILED ___ ENTERED
LODGED ___ RECEIVED

JAN 10 2008    DB

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, SEATTLE

OMNI INNOVATIONS, LLC, a Washington Limited Liability company; EMILY ABBEY, an individual,

Plaintiffs,

v.

ASCENTIVE, LLC, a Delaware limited liability company; ADAM SCHRAN, individually and as part of his marital community; JOHN DOES, I-X,

Defendants,

NO. 06-01284

EMILY ABBEY'S RESPONSE TO DEFENDANT'S RESPONSE TO EMILY ABBEY'S MOTION TO STRIKE NAME FROM LAWSUIT

TO: COURT

AND TO: PLAINTIFF

AND TO: COUNSEL FOR DEFENDANT

1 ABBEY RESPONSE TO DEFENDANT'S RESPONSE

Defendant's response is based on flaws in reasoning and fact:

1. Defendant presumes to know the why or details of my fee agreement with Mr. Robert J. Siegel. Even though I stated in my Motion to Strike that the only reason I agreed to a fee agreement with Mr. Siegel was to have him represent me in regard to my being named as a third party defendant in a different lawsuit, Defendant refers to my fee agreement as "likely" to permit her lawyer to name her as a plaintiff. To assume to know the details of a fee agreement between a client and attorney is obviously ridiculous. To say something is "likely" is not to state a fact. Yet Defendant's argument is based on presumptions, not facts.

2. My Motion to Strike is not a motion for withdrawal or dismissal. Yet Defendant continually refers to withdrawal and dismissal which do not apply to me. So all the arguments referring to withdrawal or dismissal are moot.

Note also that Defendant refers to considerable time and money defending themselves in this lawsuit but the only costs associated with me personally are those Defendant chooses to incur by fighting my Motion to Strike. Therefore, Defendant should cover its own costs.

My position was and is that I, personally, did not make any claims against the Defendant since I did not give Mr. Siegel permission to file a claim on my behalf. Indeed, I did not even know about it until many months later. Since Mr. Siegel put my name on the claim for his own reasons, I should not be considered responsible in any way for costs or inconveniences associated with this lawsuit.

2 ABBEY RESPONSE TO DEFENDANT'S RESPONSE

Thus I believe I should be granted the Motion to Strike without prejudice and without fees.

I trust that this Court will strike my name without prejudice and ensure that I have no liability for fees and costs.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Emily Abbey, Pro Se
1407 2nd Ave West #608
Seattle, WA 98119
206-217-0466

Dated this 10th day of January, 2008

*Emily H Abbey*

Certificate of Service

I, hereby, certify that on January 10 2008, I filed this motion with the Court. I also mailed a copy to counsel of record for Defendant. I have served Plaintiff by other means.

*Emily H Abbey*