THE HON. JOHN C. COUGHENOUR

FILED
LODGED
RECEIVED
MAIL
FEB 04 2008
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | |
|---|---|
| OMNI INNOVATIONS, LLC, a Washington Limited Liability Company, Plaintiff, vs. ASCENTIVE, LLC, a Delaware limited liability company; ADAM SCHRAN, individually and as part of his marital community; JOHN DOE I-X, Defendants | CASE NO. C06-1284-JCC RESPONSE TO ORDER |

06-CV-01284-RESP

TO: THE COURT
AND TO: COUNSEL FOR DEFENDANT

My Internet Access Service (IAS) is no longer a part of Omni Innovations, LLC. **EXHIBIT A** It is my intent to close (out) this business as the on-going litigation is the bulk of its remaining "business" activity. My IAS has been run as a sole proprietorship since September 1, 2007.

The Western Washington District Court has failed to keep me apprised of the status of any of my lawsuits during the period of September 2007 to mid-January 2008. There was a "black-out period) of close to four months wherein no documents were mailed to me (from this court) to inform me of 1) the granting of my attorneys' withdrawal from my cases  2) dismissal of 2-3 cases with cases with prejudice - without affording me the opportunity to know about and appeal

Response to Order - 1

those decisions 3) disposition of stays. It was defendant, Impulse Marketing Group that informed me of their request for fees – not the court. I still do not know the outcome of this matter.

It is tough enough to handle this litigation "Pro Se", but to handicap me via failure to inform me of proceedings is patently unfair.

Dated this 31st day of January, 2008

JAMES S. GORDON, JR.
9804 Buckingham Drive
Pasco, WA 99301
509-210-1069

## CERTIFICATE OF SERVICE

I, hereby, certify that on January 31, 2008, I filed this motion with this Court. I have mailed copies to the counsel of record for Defendant.

James S. Gordon, Jr.

rpritchett@maccompanion.com, phantom1906@charter.net, bonniefaye@charter.net, enirisha@msn.com, james@

To: rpritchett@maccompanion.com, phantom1906@charter.net, bonniefaye@charter.net, enirisha@msn.com, james@ehahome.com
From: Jim Gordon <kamau@charter.net>
Subject: Change of Ownership
Cc: Jim Gordon <kamau@charter.net>
Bcc:
Attached:

All:

My Internet Access Service, which has been under Omni Innovations, LLC is now going to be a business activity that I pursue as a sole proprietor. I will have to discuss the financial arrangements with my new CPA.

The effective date of this change was August 31, 2007. This notice will also serve as evidence of the resolution for the change that was made.

Will keep you apprised!

Jim


Jim Gordon
9804 Buckingham Drive
Pasco, WA 99301

509-210-1069 (home)
509-845-1870 (cell)
jim@gordonworks.com

**"Get What You Want By Giving Others What They Want"**
**Drs. Tony Alessandra & Michael J. O'Connor...from "The Platinum Rule"**

J. Gordon
9804 Buckingham Dr.
Pasco, WA 99301



017H15523321
HASLER  $1.48⁰
01/31/2008
Mailed From 9930[

United States Courthouse
Lobby Level
700 Stewart St.
Seattle, WA 98101-1271

WA 99301

017H15523321
HASLER $1.480
01/31/2008
Mailed From 99301
US POSTAGE

United States Courthouse
Lobby Level
700 Stewart St.
Seattle, WA 98101-1271